Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE, MILLER & SWEET, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101

Matthew D. Schelkopf (*pro hac vice* forthcoming)
mds@sstriallawyers.com
Joseph B. Kenney (*pro hac vice* forthcoming)
jbk@sstriallawyers.com
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312

*Attorneys for Plaintiff and the putative classes*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRI FICKE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KIA AMERICA, INC. and KIA MOTORS CORPORATION,<br><br>Defendants. | Case No.: 8:25-cv-01699<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Kerri Ficke brings this action against Defendants Kia America, Inc., Kia Motors Corporation ("Defendants"). Plaintiff alleges the following based on personal knowledge as to her own facts and upon information and belief and the investigation of counsel as to all other matters.

## <u>INTRODUCTION</u>

1.     This is a class action lawsuit brought by Plaintiff on behalf of herself and a class of current and former Kia vehicle owners and lessees of model years ("MY")

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

2021-2023 Kia Sorento and 2023-2024 Kia Sportage (the "Class Vehicles" or "Vehicles").[1]

2.    This action arises from Defendants' failure, despite their longstanding knowledge of this material and manufacturing defect, to disclose to Plaintiff and other consumers that the Class Vehicles suffer from defective fuel injectors that are prone to leaking and internal filter breakage thereby resulting in complete and premature failure (the "Fuel Injector Defect" or "Defect").

3.    Significantly, a failed fuel injector presents serious safety concerns. It can cause an unexpected and rapid loss of power, engine misfire, poor fuel efficiency, increased emissions, engine overheating, and engine fires.

4.    Not only did Defendants actively conceal the fact that the Class Vehicles' fuel injectors were defective (and require costly repairs to fix), they did not reveal that the existence of this defect would diminish the intrinsic and resale value of the Class Vehicles.

5.    Defendants have long been aware of the Fuel Injector Defect. Despite their longstanding knowledge of this defect, Defendants have failed to adequately repair the Class Vehicles when the defect manifests.

6.    Many owners and lessees of Class Vehicles have communicated with Defendants and their agents to request that Defendants remedy and/or address the Fuel Injector Defect and resultant damage at no expense. Defendants have failed and/or refused to do so.

7.    For customers whose Vehicles are within the Federal Emission Control Warranty period (which extends for the shorter of five years or 60,000 miles), Defendants will individually replace the defective fuel injectors, but refuses to replace all of the fuel injectors. Defendants do this so that they can pass along the costs of repair from the after-warranty service of the Class Vehicles to Plaintiff and the Class.

---

[1] Plaintiff reserves the right to amend or add to the vehicle models included in the definition of Class Vehicles after conducting discovery.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

8.    Despite notice and knowledge of the Fuel Injector Defect from the numerous consumer complaints it has received, information received from Defendants' dealerships, pre-sale durability testing, National Highway Traffic Safety Administration ("NHTSA") complaints, and its own internal records, Defendants have not recalled the Class Vehicles to repair the Fuel Injector Defect, replaced all of the defective fuel injectors free of charge, or offered to reimburse their customers who have incurred out-of-pocket expenses to repair the Fuel Injector Defect.

9.    As a result of Defendants' unfair, deceptive and/or fraudulent business practices, owners and/or lessees of Class Vehicles, including Plaintiff, have suffered an ascertainable loss of money and/or property and/or loss in value.

10.    Had Plaintiff and other Class members known about the Fuel Injector Defect at the time of purchase or lease, they would not have purchased or leased the Class Vehicles, or would have paid substantially less for the Class Vehicles.

11.    As a result of the Fuel Injector Defect and the considerable monetary costs associated with attempting to repair such defect, Plaintiff and other Class members have suffered injury in fact, incurred damages and have otherwise been harmed by Kia's conduct.

12.    Accordingly, Plaintiff brings this action to redress Defendants' violations of the New York General Business Laws, the California Consumers Legal Remedies Act, and California Unfair Competition Law, and also to seek recovery for Kia's breach of express warranty, breach of implied warranty, common law fraud, and, alternatively, unjust enrichment.

## JURISDICTION AND VENUE

13.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 of the Class Action Fairness Act of 2005 because: (i) there are 100 or more class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because at least one plaintiff and one defendant are citizens of different states. This Court has

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1  supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

2      14.    Venue is proper in this judicial district pursuant to 28 U.S.C. §1391

3  because Defendants are headquartered in this district, transact business in this district,

4  are subject to personal jurisdiction in this district, and therefore are deemed to be

5  citizens of this district. Additionally, Defendants have advertised in this district and

6  have received substantial revenue and profits from their sales and/or leases of Class

7  Vehicles in this district; therefore, a substantial part of the events and/or omissions

8  giving rise to the claims occurred, in part, within this district.

9      15.    This Court has personal jurisdiction over Defendants because they have

10  conducted substantial business in this judicial district, are headquartered in this district,

11  and intentionally and purposefully placed Class Vehicles into the stream of commerce

12  within the districts of California and throughout the United States.

13                        **THE PARTIES**

14  **Plaintiff Kerri Ficke**

15      16.    Plaintiff Kerri Ficke is a citizen of the State of Montana and currently

16  resides in Helena, Montana. At the time of the purchase of her Class Vehicle, Plaintiff

17  Ficke was a resident of New York.

18      17.    In January 2022, Plaintiff purchased a model year 2022 Kia Sorento from

19  Smithtown Kia, an authorized Kia dealership located in Nesconset, New York.

20      18.    Plaintiff purchased (and still owns) this vehicle, which is used for personal,

21  family and/or household uses. Her vehicle bears Vehicle Identification Number:

22  5XYRLDLC4NG089245.

23      19.    Prior to purchasing her Class Vehicle, Plaintiff extensively discussed the

24  features of the vehicle with Kia's sales representatives at Smithtown Kia, test drove the

25  vehicle, and also reviewed the vehicle's window sticker. None of these sources

26  disclosed the Defect to Plaintiff.

27  / / /

28  / / /

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

4

20.    In August of 2023, with approximately 23,000 miles on the odometer, Plaintiff observed that her vehicle was slower to accelerate and unable to exceed 50 miles per hour, and thus brought her Sorento to City Kia of the Bronx for repairs. The dealership diagnosed the issue as a fuel injector failure and provided her a free replacement under the terms of Kia's emissions warranty.

21.    In February of 2024, with approximately 40,000 miles on the odometer, Plaintiff again noticed acceleration issues and an inability to accelerate over 50 miles per hour, and thus brought her Sorento to City Kia for repairs. The dealership diagnosed the issue as a fuel injector failure and provided her with a free replacement under the terms of Kia's emissions warranty.

22.    In April of 2024, Plaintiff's Class Vehicle stopped accelerating entirely. Plaintiff brought it to Tasca Kia in White Plains, New York for repairs. The dealership diagnosed a fuel injector failure and provided her with a free replacement under the terms of Kia's emissions warranty.

23.    In January of 2025, with approximately 58,000 miles on the odometer, Plaintiff noticed acceleration issues, vehicle shaking, and an inability to accelerate over 5 miles per hour and brought her Sorento to  Billings located in Billings, Montana for repairs. The dealership diagnosed the issue as a clogged fuel line performed repairs to unclog the fuel line.

24.    In April of 2025, when Plaintiff's Sorento had approximately 60,700 miles on it, Plaintiff again noticed acceleration issues and an inability to accelerate over 50 miles per hour and brought her Sorento to Kia of Billings. Plaintiff was informed that because her Sorento was outside the warranty by 700 miles, that she would need to pay for the necessary repairs on her own. The dealership quoted Plaintiff approximately $800.00 for the repair.

25.    Plaintiff contacted Kia's corporate customer service to open a case and request warranty coverage. Kia's corporate representatives informed Plaintiff that they would look into it and assist her. During this time, Plaintiff received a loaner vehicle

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

from the dealership because her vehicle was unsafe to drive.

26.    Plaintiff maintained constant contact with Kia's corporate customer service during the next 30 days, but Kia refused to assist her and eventually stopped responding to Plaintiff. Kia of Billings also informed her that she needed to return the rental car.

27.    As a result, Plaintiff took her vehicle to an independent mechanic who replaced the fuel injector for approximately $550.00.

28.    Plaintiff has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Fuel Injector Defect, including, but not limited to, out of pocket loss associated with the Fuel Injector Defect and diminished value of her vehicle.

29.    Neither Defendants, nor their agents, agents, dealers or other representatives informed Plaintiff of the existence of the Fuel Injector Defect prior to purchasing the Class Vehicle. Had Defendants disclosed the Fuel Injector Defect prior to Plaintiff's purchase, Plaintiff would not have purchased the vehicle, or would have paid substantially less for it. Plaintiff believed the defective nature of the fuel injectors posed a safety issue and, as such, Plaintiff lost faith in the vehicle and traded it in prior to retaining counsel.

**Defendants Kia America, Inc. and Kia Motors Corporation**

30.    Defendant Kia Motors Corporation ("KMC") is a multinational South Korean corporation with over 52,000 employees worldwide. Kia America, Inc., through its various entities, designs, manufactures, markets, distributes and sells Kia automobiles in California and throughout the United States.

31.    Defendant Kia America, Inc. ("Kia") is incorporated and headquartered in the state of California with its principal place of business at 111 Peters Canyon Road, Irvine, California 92606. KMC is the parent corporation of Kia. Kia is the U.S. sales and marketing division of its parent company, Kia Motors Corporation, which oversees sales and other operations across the United States. Kia distributes Kia vehicles and

sells these vehicles through its network of dealerships. Money received from the purchase or lease of a Kia vehicle from a dealership flows from the dealer to Kia.

32. As of December 2021, KMC's largest shareholder is Hyundai Motor Company, which holds 33.88 percent of KMC's stock.[2]

33. Upon information and belief, the distribution, service, repair, installation, and decisions regarding the Engines as they relate to the engine defect within the Kia Class Vehicles were all performed by Defendant Kia.

34. Upon information and belief, Defendant Kia developed the window (Monroney) stickers, post-purchase owner's manuals, warranty booklets, and information included in maintenance recommendations and/or schedules for the Kia Class Vehicles.

35. Kia engages in continuous and substantial business in California.

**Non-Parties Hyundai Motor America and Hyundai Motor Company**

36. Hyundai Motor Company, Ltd. ("HMC") is a South Korean multinational automaker headquartered in Seoul, South Korea. HMC is the parent corporation of Hyundai Motor America, Inc. ("HMA").

37. HMC is a multinational corporation with over 75,000 employees worldwide. HMC is currently the fifth largest automobile manufacturer in the world. HMC, through its various entities, designs, manufactures, markets, distributes and sells Hyundai automobiles in California and multiple other locations in the United States.

38. HMA is incorporated and headquartered in the State of California with its principal place of business at 10550 Talbert Avenue, Fountain Valley, California 92708. HMA is HMC's U.S. sales and marketing division, which oversees sales and other operations across the United States. HMA distributes Hyundai vehicles and sells these vehicles through its network of dealerships that are the agents of HMA and HMC. Money received from the purchase of a Hyundai vehicle from a dealership flows from

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

---

[2] https://worldwide.kia.com/int/company/sustainability/sustainability-report (2022 Sustainability Report, pg. 48) (last visited April 5, 2023).

**CLASS ACTION COMPLAINT**

the dealer to HMA.

39.    Upon information and belief, HMC communicates with Defendant HMA concerning virtually all aspects of the Hyundai products it distributes within the United States.

40.    HMA and HMC are referred to collectively as "Hyundai."

**Defendants Concerted Action with Hyundai**

41.    Defendants and Hyundai are both part of the South Korea-based Hyundai Motor Group conglomerate.

42.    Defendants and Hyundai share factories, parts, and intellectual property.

43.    The engines and the component parts contained therein, including the fuel injectors that are the subject of this litigation, were manufactured by Hyundai and used in both Hyundai and Kia automobiles.

44.    Hyundai and Defendants work together to assemble Defendants' vehicles, which are then constructed on Hyundai's assembly lines. As part of that process, Defendants and Hyundai communicate about all aspects of the design, manufacture, and assembly of the vehicles, and share test results and durability concerns as part of the pre-production design process.

45.    On information and belief, Defendants and Hyundai jointly determine responses to the complaints and inquiries by Class members and share information regarding potentially defective parts so that they can determine a joint response thereto.

46.    Upon information and belief, Hyundai communicates with Defendants concerning virtually all aspects of the Hyundai components it distributes within the United States, including potential manufacturing or design defects within its components.

47.    Upon information and belief, Defendants and Hyundai jointly develops the owner's manuals, warranty booklets and information included in maintenance recommendations and/or schedules for the Class Vehicles.

/ / /

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

48.     Defendants and Hyundai have an extensive history of issuing joint recalls for defects common to both manufacturers, and jointly paying fines for violations.

49.     For example, in 2023, Hyundai and Kia jointly recalled nearly 3.4 million vehicles due a risk of engine compartment fires.[3]

50.     In 2020, a consent order with NHTSA resulted in "combined penalties [of] . . . $210 million."[4] The consent order required both companies "to develop and implement sophisticated data analytics programs to better detect safety-related concerns."

51.     In 2017, Hyundai and Kia implemented large scale engine recalls for some of its best-selling vehicles just a few days apart.[5] Both manufacturers described the defect that prompted the recall in nearly identical language from factory machining issues, demonstrating that both manufacturers remain in close and constant contact regarding the performance of their vehicles and component parts.

52.     In 2014, the Department of Justice reached a settlement that required Hyundai and Kia to pay a $100 million civil penalty "to resolve violations concerning the testing and certification of vehicles sold in America and spend approximately $50 million on measures to prevent any future violations" and they "also forfeit[ed] 4.75 million greenhouse gas emission credits that the companies previously claimed, which are estimated to be worth over $200 million."[6]

53.     As such, Defendants and Hyundai share knowledge between them such that their corporate separateness can and should be disregarded, and the knowledge of one entity can be imputed to the other.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

---

[3] https://www.nhtsa.gov/press-releases/consumer-alert-kia-and-hyundai-park-outside (last visited August 1, 2025).
[4] https://www.nhtsa.gov/press-releases/nhtsa-announces-consent-orders-hyundai-and-kia-over-theta-ii-recall (last visited August 1, 2025).
[5] https://www.safetyresearch.net/hyundai-kias-billion-dollar-engine-problem-that-broke-the-nhtsa-civil-penalty-barrier/ (last visited August 1, 2025).
[6] https://www.justice.gov/archives/opa/pr/united-states-reaches-settlement-hyundai-and-kia-historic-greenhouse-gas-enforcement-case (last visited August 1, 2025).

**CLASS ACTION COMPLAINT**

54.    Defendants engage in continuous and substantial business in California.

**TOLLING OF STATUTES OF LIMITATION**

55.    Any applicable statute(s) of limitations has been tolled by Defendants knowing and active concealment and denial of the facts alleged herein. Plaintiff and members of the Class could not have reasonably discovered the true, latent defective nature of the Fuel Injector Defect until shortly before this class action litigation was commenced.

56.    Defendants were and remain under a continuing duty to disclose to Plaintiff and members of the Class the true character, quality and nature of the Class Vehicles and that they will require costly repairs and diminishes the resale value of the Class Vehicles. As a result of the active concealment by Defendants, any and all applicable statutes of limitations otherwise applicable to the allegations herein have been tolled.

**CALIFORNIA LAW APPLIES TO THE NATIONWIDE CLASS**

57.    It is appropriate to apply California law to the nationwide claims because California's interest in this litigation exceeds that of any other state.

58.    Kia America is headquartered in Irvine, California and responsible for distributing, selling, leasing, and warranting Kia vehicles.

59.    Kia maintains its customer relations, engineering, marketing, and warranty departments at their corporate headquarters in this district. Kia's customer service complaint address is 111 Peters Canyon Rd., Irvine, CA 92606. Kia's customer relations department is responsible for fielding customer complaints and monitoring customer complaints posted to their respective websites or third-party websites.

60.    Kia's warranty and engineering departments are responsible for the decisions to conceal the Defect from its customers, and for neglecting to inform consumers of the Defect.

61.    Based on the foregoing, such policies, practices, acts, and omissions giving rise to this were developed in, and emanated from, Kia's headquarters in Irvine,

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

California. As detailed below, Kia came to know, or should have come to know, of the Defect through the activities of their divisions and affiliated entities located within California. Accordingly, the State of California has the most significant relationship to this litigation and its law should govern.

## FACTUAL ALLEGATIONS

**A.    The Fuel Injector Defect within the Class Vehicles.**

62.    The Class Vehicles all utilize combustion engines. Combustion engines use reciprocating pistons to convert the pressure created by the combustion of gasoline mixed with air into a rotating motion. Gasoline, and only gasoline as a fuel, is mixed with air in the combustion chamber of the engine. To generate such rotating motion, a four-step sequence (the "Combustion Cycle") is used. First, the intake stroke begins with the inlet valve opening and an atomized fuel mixture is pulled into the combustion chamber. Second, the compression stroke begins with the inlet valve closing and the piston beginning its movement upward, compressing the air in the combustion chamber. Third, the power stroke begins when the spark plug ignites the fuel/air mixture, expanding the gases and generating power that is transmitted to the crankshaft. Fourth, the exhaust stroke begins with the exhaust valve opening and the piston moving up, pushing the exhaust gases out of the cylinder. The exhaust valve then closes, the inlet valve opens, and the Combustion Cycle repeats itself. A diagram of the Combustion Cycle is below:

/ / /

/ / /

/ / /

/ / /

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101



63.    Consistent with their name, the fuel injectors are responsible for injecting fuel to the combustion chamber at the proper time so that it can be combusted and rotate the engine assembly. The fuel injectors are often colloquially referred to as the "heart" of the engine.[7] A cross-section of an engine depicting the fuel injector and piston is included below:

/ / /

/ / /

/ / /

/ / /

---

[7] https://www.jdpower.com/cars/shopping-guides/what-is-a-fuel-injector (last visited August 1, 2025).

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101



64.     Fuel injectors contain, *inter alia*, a solenoid, intake port, valve, spray tip or nozzle, fuel filter, and plunger.

65.     The engine control unit ("ECU") is responsible for sending a timed electrical pulse to the solenoid located within the fuel injector. Because the Class Vehicles are gasoline direct injection ("GDI") vehicles, the electrical pulse opens the nozzle and sprays fuel directly into the combustion chamber.

66.     When the signal from the ECU ends, the solenoid closes the valve, thereby shutting off the flow of fuel into the combustion chamber.

/ / /

/ / /

/ / /

/ / /

/ / /

**CLASS ACTION COMPLAINT**

67.    An exemplar picture depicting a cross section of a fuel injector is included below:



68.    An exemplar picture depicting the internal fuel filter within a fuel injector is included below:



69.    The valve acts as the gateway to allow the fuel to be sprayed into the combustion chamber. When there is no signal from the ECU, the valve snaps shut and

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

must stay sealed in order to prevent leakage or fuel dripping past the seal and to the spray tip, where it will be injected into the combustion chamber.

70. The fuel injectors are installed into the Class Vehicles during production by inserting them mechanically pressing them within the cylinder head. To properly install the fuel injectors, they must be inserted at the correct angle. If inserted at the incorrect angle, it places stress on the microfilter and causes it to crack and fail over time.

71. The GDI engines within the Class Vehicles utilize a high pressure fuel system whereby fuel is pressured to high levels (ranging from 500 to 3,000+ psi). High pressure fuel systems typically deliver better fuel economy, lower emissions, and higher power output compared to a traditional fuel injection method.

72. The fuel system in the Class Vehicles is sealed, closed-loop system, which means that it is designed to prevent fuel from escaping. The fuel tank holds the fuel and the fuel pump is responsible for distributing the fuel to the fuel rail, which then distributes the fuel to each fuel injector. Fuel vapors are caught by the evaporative emissions control (EVAP) system, which routes them back to the engine to be burned.

73. Because the fuel injectors in the Class Vehicles are improperly manufactured and seated during factory installation, the high pressure fuel system subjects the internal filter to stress it is unable to withstand, which causes it to crack. Once the filter cracks, fuel leaks past the filter and into the injector, where it is injected into the combustion chamber during phases of the combustion cycle other than the intake stroke, i.e. incorrect timing of fuel being injected. The Fuel Injector Defect can also result in the incorrect amount of fuel being injected into the engine thereby causing incorrect air/fuel ratios during the combustion cycle. This results in engine misfires within the Class Vehicles.

**B.** **Engine Issues Caused by the Fuel Injector Defect**

74. Leaking fuel injectors can have dire consequences for the engines within the Class Vehicles.

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

75.     Leaking fuel injectors allow a constant stream of fuel into the combustion chamber. During operation, engine oil is used to lubricate the pistons to allow them to move up and down during the combustion cycle and reduce friction. Leaking fuel into the combustion chamber at stages other than the intake stroke allows raw fuel to mix with the engine oil, where it is scraped by the piston rings and mixed with the engine oil. This fuel dilution of the engine oil causes the engine oil to thin, adversely impacts the oils lubrication properties, and causes increased engine wear.

76.     Leaking fuel injectors also causes spark plug fouling. Spark plugs are responsible for igniting (or sparking) the fuel within the combustion chamber. Spark plug fouling occurs when fuel continuously leaks into the combustion chamber and causes deposits to accumulate on the spark plugs, which prevent them from firing properly.

77.     In addition to spark plug fouling, a continuous flow of fuel into the combustion chamber leads to a "rich" mixture of fuel and air (i.e. more fuel and less air), which causes the engine to misfire, hesitate, idle, and/or lose power.

78.     Leaking fuel injectors also cause increased emissions. As the unburnt fuel passes through the exhaust system, it elevates the emissions levels and can also damage the catalytic converters (which are responsible for converting engine exhaust gases into less harmful emissions before they exit the tailpipe of the Class Vehicles. Since the excess fuel is ultimately burned off in the exhaust instead of in the combustion chamber, this overheats the exhaust and can melt the catalyst, restrict exhaust flow, and cause engine damage.

79.     Leaking fuel injectors can also cause engine fires. A leaking fuel injector allows gasoline to escape the fuel system. Once it escapes the fuel system, it can be ignited by the numerous ignition sources within the Class Vehicles' combustion engines, including the exhaust manifolds and electrical components. As explained below, Kia has previously acknowledged that leaking fuel can increase the risk of a fire.

/ / /

**CLASS ACTION COMPLAINT**

**C.**    **Defendants' Knowledge of the Fuel Injector Defect**

80.    Automobiles must be able to withstand foreseeable usage conditions. A vehicle can suffer extensive damage and costly repairs from customary usage when a vehicle suffers from a defect such as the Fuel Injector Defect.

81.    In many instances, consumers have incurred and will continue to incur expenses for replacement of the fuel injectors despite the Fuel Injector Defect having been contained in the Class Vehicles when manufactured by Kia.

82.    Upon information and belief, Kia, through (1) its own records of customers' complaints, (2) dealership repair records, (3) records from the National Highway Traffic Safety Administration (NHTSA), (4) warranty and post-warranty claims, (5) internal pre-sale durability testing, and (6) other various sources, was well aware of the Fuel Injector Defect but failed to notify customers of the nature and extent of the problems with Class Vehicles' fuel injectors or to provide any adequate remedy.

83.    Defendants failed to adequately research, test and/or manufacture the fuel injectors in the Class Vehicles before warranting, advertising, promoting, marketing, and selling the Class Vehicles as suitable and safe for use in an intended and/or reasonably foreseeable manner.

84.    Defendants are experienced in the manufacture of consumer vehicles. As an experienced manufacturer, Defendants conduct tests, including pre-sale durability testing, on incoming components, including the fuel injectors, to verify that the parts are free from defects and align with Kia's specifications.

85.    Kia conducts extensive pre-sale durability testing on its vehicles to ensure they can "endure over a long time without fault." This pre-sale testing includes: (1) an item durability test; (2) a module durability test; (3) a Belgian road test; (4) a high-speed test; (5) a corrosion test; (6) a P/T test; and (7) a general test. Kia conducts these tests

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

"in extreme weather conditions including desert with blazing sunlight and coldness of 40 degrees below zero."[8]

86.    Specifically, regarding testing its engines, Kia states that it puts "our engines through rigorous testing in the highest, hottest and coldest places that a car can possibly be before we use them in our cars.

87.    In addition, Kia conducts extensive "driving test[s]" in which it puts "our cars to endurance test under diverse harsh conditions that can be encountered on Earth" because "[a]ny fault in your car can affect your safety." Kia expands on six different road tests that it conducts, including a durability test on a road "so rough that driving around 10,000 miles on it gives the same effect of driving around 60,000 on regular roads. Cars that survive the test only can be presented to customers."[9]

88.    In addition, John Juriga, the Director of Powertrain at Kia in 2015, stated that Kia's validation testing is among the toughest in the automotive industry.[10] Among other things, this validation testing runs the engine at maximum throttle (the maximum speed the engine can operate under) while under full load "so we're stressing the components as much as possible and we run it virtually nonstop for 300 hours." After, Kia does an "overrun spec" where it runs it over spec for 10-20 hours to make sure it can survive past the red line limits in order to "make sure these products stay durable in the customers' hands.

89.    Moreover, Kia also uses "the most extreme and rigorous vehicle testing program ever devised by the company."[11] As part of this test, Kia stimulates stop-and go driving repeated over several times to "put additional strain on the engine, transmission and HVAC systems and eliminate any possible flaws." In addition, at its Mojave Proving Grounds test site, Kia utilizes a "high-speed oval, gravel off-road

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

---

[8] https://www.kia.com/mu/experience/innovation-story/performance.A_S.html (last visited August 1, 2025).
[9] Id.
[10] https://www.youtube.com/watch?v=GNPB3RtHN2M (last visited August 1, 2025).
[11] https://www.thenewsmarket.com/global/kia-motors-corporation/death-valleyhot-weather-test-for-all-new-kia-sportage/s/bfe8a9b5-9786-4e73-a648-2970972d74f1 (last visited August 1, 2025).,

**CLASS ACTION COMPLAINT**

tracks, high-vibration road surfaces, brake test facilities and different gradients" that "enable engineers to evaluate and refine the ride, handling, brakes and NVH of prototype and production vehicles."

90.    Despite such assurances and procedures, Kia has not contacted Class Members by direct mail or telephone to inform them how they can receive free repairs related to the Fuel Injector Defect within the United States. Additionally, upon information and belief, Kia has also not provided associated information regarding the Fuel Injector Defect on its website or through the news media.

91.    Per the below, Kia also expressly warranted the Class Vehicles to be free from defects for a period of five years or 60,000 miles under the Federal Emission Control Warranty. This warranty is applicable to the Fuel Injector Defect; however, Kia has failed to correct the issue.

## Federal Emission Control Warranty

**Air Induction System**
Air Cleaner Assembly
Intake Manifold
Surge Tank-Air Intake
Turbo Charger

**Fuel Metering System**
Engine Coolant Temperature Sensor (ECT)
Mass Air Flow Sensor (MAF)
Manifold Absolute Pressure Sensor (MAP)
Vehicle Speed Sensor (VSS)
Wheel Speed Sensor (WSS)
Fuel Injector
Fuel Delivery Line
Throttle Body (ETC Actuator)
Throttle Position Sensor (TPS)
Idle Speed Control System
Oxygen Sensor
Pulsation Damper
Engine Control Module (ECM)    * 8/80 All vehicles
High Pressure Pump
High Pressure Sensor

**Ignition System**
Spark Plugs
Spark Plugs Cable Set
Ignition Coil
Camshaft Position Sensor (CMPS)
Crankshaft Position Sensor (CKPS)
Generator

**Valve Timing System**
CVVT Assy
Oil Control Valve Assy
Oil Temperature Sensor

**Evaporative Control System**
Vapor Storage Canister
Canister Close Valve (CCV)
Purge Control Solenoid Valve (PCSV)
Fuel Pump
Fuel Pump Module
Fuel Tank
Fuel Filler Cap
Fuel Tank Pressure Sensor (FTP)
ORVR(Vent) Valve
Rollover(Cut) Valve

**Positive Crankcase Ventilation System**
PCV Valve and Hose

**Catalyst and Exhaust System**
Exhaust Manifold
Exhaust Manifold Catalytic Assembly    * 8/80 All vehicles
Exhaust Pipe (Manifold to Catalyst)
Catalytic Converter Assembly    * 8/80 All vehicles

**Miscellaneous Items Used In Above Systems**
Hose, Clamps,Gasket or Seals
Wires, Harnesses Connectors
All Sensor(Switches,Solenoid Valves, Battery) associated with the ECM

**Onboard Emission Diagnostic Device**
Malfunction Indicator Light and Bulb    * 8/80 All vehicles
Data Link Connector    * 8/80 All vehicles

*Spark Plugs shall be warranted for the emissions warranty period, or the first scheduled replacement time or mileage, whichever occurs first.*
NOTE 1 :  Specific emission parts covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first (See Owner's Manual for required scheduled maintenance).
NOTE 2 :  Parts designated by "8/80" are warranted for 8 years or 80,000 miles, whichever occurs first.

92.    Buyers, lessees, and other owners of the affected Vehicles were without access to the information concealed by Kia as described herein, and therefore

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

reasonably relied on Kia's representations and warranties regarding the quality, durability, and other material characteristics of the Vehicles. Had these buyers and lessees known of the defect and the potential harm, they would have taken steps to avoid that harm and/or would have paid less for the Vehicles than the amounts they actually paid, or would not have purchased the Vehicles.

93.    Kia also issued a voluntary recall of MY2011-2012 Kia Sedona vehicles in February of 2020 because the fuel injector rail was prone to cracking and leaking. There, Kia acknowledged that delivery pipe was prone to cracking and that, as a result a "fuel smell and eventually a fuel leak can occur." Kia also acknowledged the serious safety issue caused by leaking fuel, and stated: "Leaking fuel can increase the risk of a fire."[12]

94.    Hyundai Motor America, Inc., also part of the Hyundai Motor Group conglomerate along with Kia, issued four technical service bulletins ("TSBs") that relate to leaking fuel injectors in certain Hyundai vehicles.

95.    In TSB 22-FL-002H, issued in October of 2022 and attached hereto as **Exhibit 1**, Hyundai notified its dealers that certain MY2021-2022 Hyundai Sonata, MY2021-2022 Santa Fe, MY2022 Tucson, and MY2022 Santa Cruz vehicles were experiencing engine misfires "due to internally leaking GDI injector(s)." The TSB identified the "causal part" as the fuel injector, with a part number of 35310-2S000. The TSB did not extend warranty coverage for the fuel injectors, and stated that only parts "still under warranty" would be eligible for warranty replacements. The TSB also noted that the fuel injectors were "subject to callback" to Hyundai's Warranty Technical Center.

96.    In TSB 23-FL-002H, issued in March of 2023 and attached hereto as **Exhibit 2**, Hyundai notified its dealers that certain MY2021-2023 Hyundai Sonata, MY2021-2022 Santa Fe, MY2021-2023 Tucson, and MY2022 Santa Cruz vehicles

---

[12] https://static.nhtsa.gov/odi/rcl/2020/RCRIT-20V101-6606.pdf (last visited August 1, 2025).

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

were causing engine misfires "due to internally leaking GDI injector(s)." The TSB identified the "causal part" the fuel injector, with a part number of 35310-2S000.

97.    In TSB    23-FL-002H-1, issued in June of 2023 and attached hereto as **Exhibit 3**, Hyundai notified its dealers that certain MY2021-2023 Sonata, MY2021-2022 Santa Fe, MY2022 Santa Cruz, and MY2021-2023 Tucson vehicles were causing engine misfires "due to internally leaking GDI injector(s)." The TSB identified the "causal part" as the fuel injector, with a part number of 35310-2S000.

98.    In TSB 25-FL-001H, issued in January of 2025 and attached hereto as **Exhibit 4**, Hyundai notified its dealers updated its dealers and superseded TSB 23-FL-002H-1 to "update the entire bulletin to replacement of all GDI injectors" because the fuel injectors were causing engine misfires that "may be caused by internal filter breakage in the injector." Instead of only replacing individual fuel injectors as instructed in the previous TSBs, this TSB instructed dealers to "replace all 4 injectors." The TSB, however, did not extend warranty coverage for the fuel injectors.

99.    Notably, despite Hyundai and Defendants communicating about all aspects of Hyundai and Kia vehicles, and specifically regarding the existence of potential defects such as the Fuel Injector Defect, Kia has not issued any TSBs for the fuel injectors.

**D.    Complaints by Class Members**

100.    Plaintiff's experience is by no means an isolated or outlying occurrence. Indeed, the internet is replete with examples of blogs and other websites where consumers have complained of the exact same Fuel Injector Defect within the Class Vehicles.

101.    Class Vehicle owners have publicly complained to the United States government about the Fuel Injector Defect in Class Vehicles since the vehicle has been released. The Office of Defects Investigation ("ODI") is an office within the National Highway Traffic Safety Administration ("NHTSA"). ODI conducts defect investigations and administers safety recalls to support NHTSA's mission to improve

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

safety on the Nation's highways. [13] All automobile manufacturers routinely monitor and analyze NHTSA complaints because this information is used in determining if a recall should be issued. Indeed, automobile manufacturers are required by law to monitor NHTSA complaints and report any potential safety defects to the United States government. *See* TREAD Act, Pub. L. No. 106-414, 114 Stat. 1800 (2000). Thus, Defendants have knowledge of any and all NHTSA complaints.

102. The following is just a small sampling of the many complaints submitted to ODI by Class Vehicle owners. These publicly available complaints evidence Kia's prior knowledge of the Fuel Injector Defect, the negative experiences encountered by Class Members, and the financial burden this place on them.

### 2021-2023 Kia Sorento

**NHTSA ID Number:** 11668787
**Incident Date** June 1, 2025
**Complaint Date** June 24. 2025
**Consumer Location** Unknown
**Vehicle Identification Number** 5XYRKDLF7NG****
**Summary of Complaint**
The fuel injectors. it is available for inspection. The vehicle feels like it is going to stop unexpectedly. or will not accelerate when it is suppose to. which leads me to feel unsafe driving it with my children. This is the same exact issue we had previously and it was confirmed and fixed by the dealership. The component was previously inspected and confirmed but since happening again has not been- I called the dealership and told them about the issue and they stated my vehicle was not included and they are on a month wait list. The check engine light is on. My check engine light came on. when accelerating the vehicle seems to "jump" or need a minute to catch up. It also makes a sputtering and a "tink-tink" noise when the vehicle is on. We had this exact issue moths ago and it was the fuel injector- which was replaced by Kia.

**NHTSA ID Number:** 11638631
**Incident Date** January 26, 2025
**Complaint Date** January 26. 2025
**Consumer Location** LODI, NJ
**Vehicle Identification Number** 5XYRKDLF1NG****
**Summary of Complaint**
The vehicle experienced multiple critical mechanical failures. including defective injectors. transmission issues. and a malfunctioning differential. The dealer repaired some of the previous issues. such as the differential in August 2024 and the transmission in October 2024 (which required three weeks of repair). However. they refused to repair the defective injectors. even after the NHTSA issued an alert on September 1. 2024. regarding injector problems. I was never notified of this alert. On January 8. 2025. while driving with my family. the vehicle suddenly stalled without any warning. creating a dangerous situation on the road and putting our safety at

---

[13] *See* https://www.nhtsa.gov/resources-investigations-recalls (last visited August 1, 2025).

significant risk. This resulted in additional expenses, including towing costs ($300) and alternative transportation by taxi ($150). I had to pay $1,851.98 out of pocket to repair the injectors with an independent mechanic after the dealer refused to cover it. There were no warning lights or messages before the sudden stalling incident. These issues have been partially inspected and addressed by the dealer and independent service centers, but the recurring failures persist, posing ongoing safety risks.

### 2023-2024 Kia Sportage

**NHTSA ID Number:** 11626639
**Incident Date** November 20, 2023
**Complaint Date** November 21, 2024
**Consumer Location** NEW CUMBERLAND, PA

**Vehicle Identification Number** 5XYK5CAF3PG****
**Summary of Complaint**
Purchased vehicle used 11/18/2023. Two days later vehicle went into limp mode on the highway. No brakes. Engine continued to shut off. Towed to dealer. Replaced injector. 11000 miles. 12/27/23 Vehicle was returned. 11/14/2024 Vehicle went into limp mode. Engine would not run. Vehicle was blowing white smoke thru exhaust. Another highway incident. Towed to dealership. This condition is very dangerous on the highway not only for me, my family and other motorist. As of today the vehicle is still at dealership. Do not have the repair orders or my car.

**NHTSA ID Number:** 11544171
**Incident Date** September 12, 2023
**Complaint Date** September 12, 2023
**Consumer Location** MANORVILLE, NY
**Vehicle Identification Number** 5XYK6CAF7PG****
**Summary of Complaint**
Leased NEW Kia Sportage on 1/1/22 Went in for oil change on 11/11/22 3 hrs later told a "forced" update "burned" out the computer and car was not driveable On 11/30/22 was driving to work on LI expressway, car shut down without warning while I was driving, smelled something burning, called 911, car towed to dealer. Told it was defective fuel injector. 1/29/23 I reported brakes grinding and vibration sound coming from engine. RPM's rev up but car doesn't accelerate. Brakes needed to be cut. Was told since there was no "code" nothing could be done about engine sound/rpm increasing. Car was in for service 3 times because of this issue. 9/10/23 car shut down while I was driving without warning and gas smell in car was nauseating. Car would briefly start & shut down. Car towed to dealer. I have reached out to Kia Corporate numerous times expressing I am afraid to drive the car. the car is dangerous and my life and the lives of others at risk. When car shuts down, ther is NO warning. it just STOPS. I have had nightmares and lost sleep. I travel on highways & busy roads everyday. Kia wanted me to sign waiver releasing them of everything in lieu of 3 months lease payments. Expressed my life & lives of others are worth more than 3 payments. Car has had 2 recalls on top of these issues. I have reached out for help and have been ignored. 9/12/23 told by KIA corporate it would take 2 weeks to escalate my complaint. Car is currently at dealership. PLEASE HELP!

**NHTSA ID Number:** 11508872
**Incident Date** February 15, 2023
**Complaint Date** February 24, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 5XYK5CAF3PG****

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1

**Summary of Complaint**
Vehicle first felt like the tire was flat when turning. After parking and restarting the

2

vehicle the vehicle seemed to hesitate to stay started. The check engine light came on
the next day. After taking the vehicle in they said the injector was bad. Replacing it

3

did not fix the problem. I am not waiting on approval to replace the engine at 20,000
miles.

4

5

**2020-2023 Hyundai Sonata**

6

**NHTSA ID Number:** 11666438
**Incident Date** June 10, 2025

7

**Complaint Date** June 11, 2025
**Consumer Location** ROUND LAKE, IL

8

**Vehicle Identification Number** KMHL64JA2NA****
**Summary of Complaint**

9

First owner, sporadic acceleration problems reported from approx 6k miles.
Documented with dealership.. "couldn't reproduce" issue every time I brought it in

10

after an occurrence. Dangerous when entering highway, as I never knew when it
would fail/stall. Eventually broke down on busy interstate highway, replaced 1

11

fuel injector, and guilt tripped me into "needing" to have fuel injector cleaning
because the others might fail as well. 27k miles was the first breakdown. 38k was the

12

second breakdown and almost caused a serious accident when I was unable to
accelerate. Replacing all 4 fuel injectors but not covering the oil change due to their

13

faulty fuel injectors.

14

**NHTSA ID Number:** 11656895
**Incident Date** April 15, 2025

15

**Complaint Date** April 25, 2025
**Consumer Location** PORTLAND, OR

16

**Vehicle Identification Number** KMHL54JJ8MA****
**Summary of Complaint**

17

Air flow check engine light alerted and source was faulty fuel injector which required
replacement of 4 fuel injectors.

18

19

**NHTSA ID Number:** 11645969
**Incident Date** February 26, 2025

20

**Complaint Date** March 3, 2025
**Consumer Location** CUMBERLAND, RI

21

**Vehicle Identification Number** KMHL64JA4MA****
**Summary of Complaint**

22

The contact owns a 2021 Hyundai Sonata. The contact stated while pulling out of a
parking lot, the vehicle failed to accelerate as intended and started shaking

23

abnormally. The check engine warning light was illuminated. The vehicle was taken
to the residence. The vehicle was towed to an independent mechanic where it was

24

diagnosed that the fuel injector needed to be replaced. The vehicle was towed to a
dealer where it was diagnosed that all four fuel injectors needed to be replaced. The

25

vehicle was repaired. The manufacturer was not notified of the failure. The failure
mileage was 47,000.

26

**NHTSA ID Number:** 11630937
**Incident Date** December 7, 2024

27

**Complaint Date** December 16, 2024
**Consumer Location** POTOMAC, MD

28

**Vehicle Identification Number** KMHL64JA3PA****

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

24
**CLASS ACTION COMPLAINT**

**Summary of Complaint**

I bought the new car on 11/21/22. There have been two incidents with the same cause. Incident #1: On 1/25/23, while I was on a six lane highway with high speed traffic and rush hour level traffic, the car began to fail, with 'bucking', failure to respond to the gas pedal, loss of power, and difficulty steering. At that time, the check engine light also went on (it had not been on previous to the event starting). I was able to get the car off the highway, where it completely died - it would not move. It was towed. Mileage at this time was 1,330 miles - the car was 2 months old. It was diagnosed that "Cylinder #3 fuel injector is stuck open causing drivability issue". The likelihood that I would have been hit, by another car on that multi-lane highway with cars at high speed, and hurt or even killed is extremely high, if not certain. I did not file a report with NHTSA about the first incident (I was not aware of this service.) Incident #2: On 12/7/24, while I was again on a six lane highway, high speed traffic, night darkness, rain, and rush hour level traffic, the car began to fail in the exact same way as in 2023, 'bucking', failure to respond to gas pedal, slowing, difficulty steering, etc. I was able to get off the highway before it completely 'died'. It was undriveable and had to be towed. There was no warning light prior to the event occurring. Mileage at the time was 21,091. The probability, considering the rain, the dark, and the fact that I was on a 'super highway', that I could have been hit, hurt or even killed is extremely high. The diagnosis was 'TSB indicated #3 Fuel Injector be replaced." I do not have any of the old fuel injectors. In addition, I routinely - multiple times a week - have small children in this car. These events could have happened when I had a carful of small children with me. My routine schedule means there was also the high probability of others being hurt.

**NHTSA ID Number:** 11667258
**Incident Date** September 4, 2023
**Complaint Date** October 9, 2024
**Consumer Location** ROCKVILLE, MD
**Vehicle Identification Number** KMHL64JAXPA****
**Summary of Complaint**

While driving on the country side, my car engine stopped providing power to the car and started making some noise. The engine rpm would fluctuate and increase due to downshifting but there was no power. Luckily, the car had some speed around 50 mph, the road was slightly downhill and nobody was behind, managed to coast to a gas station half a mile away. The engine shut itself off after the car stopped. I was able to restart the car but it would shut itself off within 2 seconds of restart. Car was towed to the dealership and I was told that it had a faulty injector. The injector was replaced a week later and I received my car back later.

**NHTSA ID Number:** 11614018
**Incident Date** September 11, 2024
**Complaint Date** September 11, 2024
**Consumer Location** COLUMBUS GROVE, OH
**Vehicle Identification Number** KMHL64JA8PA****
**Summary of Complaint**

On 3 separate occasions the vehicle decelerated, lights flickered and stated to produce a burning smell through the engine. Each time the car would not allow me to accelerate and eventually stalled out. The car would no immediately start. After a few minutes it would start but not accelerate. After about 30 minutes it would start and would drive about 5-15 mph, enough to get me to my location. On the first occasion I was coming home late in the evening after working a 12 hour shift and had to have a family member get me after being stranded by the side of the road. The second time I was taking my 4 to son to his planned surgery in a bigger city and it broke down on the way. It was not safe driving in the city barely being able to excel but we did it for my

**CLASS ACTION COMPLAINT**

son. The third time I was in a larger time in traffic and missed an appointment as I tried to stear my decelerating vehicle out of multiple lanes of traffic to a safe location. I could not use the air conditioner while I attempted to let it rest in 100°+ heat. Each time the lights would flicker and dim. There would be a smoke from the exhaust. After the first 2 occurrences we took it to the dealership but they were not able to replicate the problem or identify a causative code. During the last occurrence we were able to get it to the dealership very slowly and they deemed it to be the fuel injector malfunctioning. This was fixed after about a week or so of being in the shop . About a week or two after the fuel injector was fixed the check engine light came on. We took it back into the service department and they "reset" the system thinking it was an error. The light came back on in less than 24 hours. The vehicle has been running a little harder, not as fast or responsive as normal. A service/evaluation date was scheduled and the code was checked indicating it was likely the catalytic converter. We scheduled another service appointment once the part was in which is 2 weeks from the evaluation appointment.

**NHTSA ID Number:** 11604047
**Incident Date** May 27, 2024
**Complaint Date** July 23, 2024
**Consumer Location** LITTLE ROCK, AR
**Vehicle Identification Number** KMHL14JA5NA****
**Summary of Complaint**
My car has been experiencing air defects when it would randomly stop working. Last month my car air stopped working after I picked my pet up from the groomers and all together on the service road my car shut down. After being towed to Hyundai dealership I was being demanded that I ride on E and that it could've been my fuel injector. After realizing it was not that they claimed it was a failed fuel pump. After paying and recording my car back not even 8 hours later my car would not turn over again with no air causing me to get towed a second time. The dealership couldn't diagnose what's wrong with my car so they tried to throw false accusations as to my old gas can that stays in my truck that the smell of gas is the reason why they can't properly diagnose my car. After getting my car back and driving it home, after turning it off and back in case duplicated the same problems with me. Wouldn't turn over or produce air. Dealership refuse to comment on the paperwork if the problems they ran into but rather called me. After keeping my car a week to drive it the problem didn't duplicate. I've had my car for about 3 weeks now and the air still give me problems and don't want to come on every now And then

**NHTSA ID Number:** 11602641
**Incident Date** July 13, 2024
**Complaint Date** July 16, 2024
**Consumer Location** STATEN ISLAND, NY
**Vehicle Identification Number** KMHL64JA0NA****
**Summary of Complaint**
In February 2024, on a day with snow on the ground no less, my husband was driving over the Verrazano Bridge from Brooklyn, NY to Staten Island, NY, when the car suddenly started shaking and the speed dropped from 50 to 20 in about 10-30seconds. The car started smoking and filling up with fuel fumes. Cars were beeping at him, almost crashing into the back of the car. He was able to make it to safety and had the car towed to the nearest Hyundai Dealership/service. The issue was an injector. On Saturday, [XXX], I got into the car with my two children (age [XXX] and [XXX] old). The car started shaking, all of the check engine lights flew on. the car quickly filled up with fumes, the exhaust was smoking, and the RPM Dial was dancing. I have never been so terrified. The car was towed and again the issue was diagnosed as an injector. Not the same one, a different one. I have been told by my local Hyundai that this is an

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ongoing issue and that Hyundai only changes 1 at a time, knowing that the others may be faulty. This is unacceptable. These cars need to be recalled immediately. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

**NHTSA ID Number:** 11590031
**Incident Date** April 25, 2024
**Complaint Date** May 21, 2024
**Consumer Location** CHRISTIANSBURG, VA
**Vehicle Identification Number** KMHL64JA4NA****
**Summary of Complaint**
****Answers to questions above**** The dealership determined the fuel injector of cylinder 2 to be malfunctioning and replaced it. My safety was put at risk because my car lost all drive power and I could not get out of other people's way.(I was only going 40 but imagine if it happened at 80 mph on an interstate) The dealership reproduced the issue and fixed it. The dealership also stated that several models of Hyundai using the same fuel injectors had come in with the same failures.(10+ cars) Not all on the same cylinder either. My vehicle has only been inspected by the dealership at this time. There were no warnings leading up to the failure. ****Full Story**** I was driving at about 40 mph through town and experienced total loss of drive power. The vehicle had electric, but little to no response from the gas pedal. I managed to limp the vehicle about 200 yards to a stop light. The rpms dropped to under 300 and the engine began to idle very rough. I shut the car off while at the red light to save it from any potential internal damage. When the light turned green, I almost could not get the car to start and stay running. There was a very strong gas smell at this point, which I had assumed was coming from the engine. I had to put the gas pedal to the floor to keep it running and ride the brakes through the intersection to not hit the vehicle in front of me. After getting through the intersection, I limped it into the parking lot on the other side. This is when I noticed the check engine light had come on. There was no leaking fluids under the hood or the car. I had the vehicle towed to the nearest Hyundai dealership.

**NHTSA ID Number:** 11568524
**Incident Date** December 30, 2023
**Complaint Date** January 29, 2024
**Consumer Location** VERNAL, UT
**Vehicle Identification Number** KMHL14JA7PA****
**Summary of Complaint**
Driving going 30 mph, vehicle stopped accelerating. Error code was Engine Control System failure. Codes P2178, P0301 and P0087F0 were shown at dealership. Car was taken to dealership for repairs where the fuel injector on cylinder #1. 16 days after receiving car back, we went to start the car and it wouldn't start. After several attempts, gasoline began spewing from the car leaking an entire tank of gas on our garage floor and driveway. Very dangerous! Being towed to dealership again today.

**NHTSA ID Number:** 11565728
**Incident Date** January 4, 2024
**Complaint Date** January 16, 2024
**Consumer Location** FENTON, MI
**Vehicle Identification Number** KMHL14JA5PA****
**Summary of Complaint**
I was traveling on the freeway when I began experiencing erratic acceleration, around which time the check engine light came on. I took the next exit, and continued to experience the same symptoms, as well as rough idling, and a bit of smoke. The car was towed to the nearest Hyundai dealership where the fuel injector was replaced

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

under warranty.

**NHTSA ID Number:** 11556588
**Incident Date** November 18, 2023
**Complaint Date** November 23, 2023
**Consumer Location** AUSTIN, TX
**Vehicle Identification Number** KMHL64JA6PA****
**Summary of Complaint**
Took a trip to the grocery store, and started up my car when I got back. The engine turned over but after a few seconds, it stalled. Tried this again, but lightly pressed the accelerator. This raised the RPM, but it dropped quickly and stalled the engine again. Made a couple more attempts after and eventually, the engine light came on. Shortly before this incident, I had about 10-15% of gas left in my tank. After this happened, bluelink reported that I had 1% left. Got the vehicle towed to the dealership, where they confirmed the condition and found that the fuel injector for cylinder 3 needed to be replaced. I consider myself lucky that this happened while my vehicle was parked. This would've been a huge safety concern if it happened out on the road.

**NHTSA ID Number:** 11554363
**Incident Date** August 24, 2023
**Complaint Date** November 9, 2023
**Consumer Location** MAHOMET, IL

**Vehicle Identification Number** KMHL64JA4PA****
**Summary of Complaint**
The contact owns a 2023 Hyundai Sonata. The contact stated that on two separate occasions while driving at various speeds, the vehicle started to shake, and the vehicle lost motive power. The vehicle was pulled over to the side of the roadway and turned off. The vehicle failed to restart on both occasions. The vehicle was towed to a dealer where it was diagnosed that the fuel injector needed to be replaced. The vehicle was repaired. The manufacturer was notified of the failure. The failure mileage was approximately 11,000.

**NHTSA ID Number:** 11536620
**Incident Date** July 26, 2023
**Complaint Date** August 5, 2023
**Consumer Location** HAVERHILL, MA
**Vehicle Identification Number** KMHL64JA6PA****
**Summary of Complaint**
Purchased a new Hyundai 2023 Sonata from McGovern Hyundai Rt 2 May 22, 2023. After two weeks of driving the vehicle, I noticed it hesitates when I push down on the gas pedal. I had planned to have the dealership take a look but have a very busy schedule, the issue continued each time I drove the car to the point it was hesitating, basically pausing as I cross intersections. On the 26th of July I was driving on the highway, as I started to experience issues when stepping on the gas. Entering a tunnel in Boston, I pushed down on the gas pedal and noticed the car was decelerating. I was losing speed, in a panic in the center lane of the tunnel. I was able to get the car over to the far right. The car was shaking aggressively then finally just gave out and I called 911. They towed the vehicle to the police headquarters. I called Hyundai for assistance. Had some hiccups but two days later they were able to service the vehicle. supposedly found a faulty fuel injector. They changed out the 1 faulty injector test drive and said the problem was fixed. I picked up my car on July 28th 2023. There is something still wrong with the car, it still has some hesitation and now misfires. Have not heard from Hyundai. I was assigned a case manager and told someone would follow up, no one has reached out. So lucky my children were not in the car and that i'm safe. I could have been killed, others could have been hurt/killed. This should not

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

happen to brand new cars.

**NHTSA ID Number:** 11525029
**Incident Date** May 6, 2023
**Complaint Date** June 2. 2023
**Consumer Location** NEW CASTLE. DE
**Vehicle Identification Number** KMHL64JA5PA****
**Summary of Complaint**
The contact owns a 2023 Hyundai Sonata. The contact stated that while driving at approximately 60 MPH. the vehicle inadvertently decelerated to approximately 30 MPH and stalled. The check engine warning light illuminated. The contact was able to veer the vehicle off the road. The contact then stated that after she exited the vehicle. she noticed a white cloud of smoke coming from the exhaust and an abnormal odor outside the vehicle. The vehicle was towed to the dealer where it was diagnosed that cylinder #3 fuel injector failed and needed to be replaced. The vehicle was repaired; however. the failure recurred. The contact stated while driving approximately 60 MPH. the vehicle hesitated and then stalled. The vehicle was towed to the dealer where it was diagnosed and determined that cylinder #2 fuel injector failed and needed to be replaced. The vehicle was currently at the dealer. The manufacturer was notified of the failure and the contact was provided a case number. The failure mileage was approximately 5,070.

**NHTSA ID Number:** 11504566
**Incident Date** December 26, 2022
**Complaint Date** January 30. 2023
**Consumer Location** ZIMMERMAN. MN
**Vehicle Identification Number** KMHL24JA0PA****
**Summary of Complaint**
While on the highway. my car suddenly started shaking violently and losing power. I lost steering and was unable to accelerate. I pulled over to the side of the road and the vehicle would not start again. I took it in and a fuel injector was stuck open and it had flooded my engine. This was the second time with this vehicle that this happened.

### 2021-2023 Hyundai Santa Fe

**NHTSA ID Number:** 11667258
**Incident Date** June 14, 2025
**Complaint Date** June 16, 2025
**Consumer Location** Auburn, Al
**Vehicle Identification Number** NMS3DAJ3NH****
**Summary of Complaint**
A few days before the complete engine failure the car became very jerky on the throttle response I would slowly add throttle and the car would jump all over the place with RPMs and felt extremely jerky when shifting gears. At one point the engine downshifted past redline when decelerating off the highway. The day of the engine failure I was accelerating up hill after leaving a stop sign. Around 25 mph the throttle stopped responding and the engine went to idle around 800 rpm. The car started violently shaking and sounding like it was running on 3 cylinders. I tried the throttle again and nothing happened. At this time I was slowing to a stop on the hill while still in lane being unable to get out of lane to the shoulder. Upon coming to a stop the vehicle continued to shake and eventually the engine stalled while keeping the electric on. At this point there was never any lights on the dash board to indicate a fault. Upon attempting to restart the engine it turned over 3 times and eventually started all while violating shaking and eventually stalling again. The third time attempting to start it

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

did not turn over. At this point I was stuck in lane and needed to call the police to come and assist me because I was unable to move the vehicle under its own power putting my life in danger. Upon taking getting it towed to a dealership they said it was a fuel injector fault.

**NHTSA ID Number:** 11665141
**Incident Date** June 5, 2025
**Complaint Date** June 5, 2025
**Consumer Location** GAINESVILLE, VA. Al
**Vehicle Identification Number** 5NMS6DAJ6NH****
**Summary of Complaint**
Was traveling on [XXX] near Reston, VA when the Santa Fe engine started missing and losing power and check engine light came on. Vehicle was towed to dealer and repaired on 04/26/24 Mileage was 36285. The repair order says it was fuel injector for cylinder #1. The second time the same thing happened was on [XXX] near Haymarket, VA. The date was [XXX], mileage was 36577. The engine started missing lost power and check engine light came on. Vehicle taken to dealer for repaired. They replaced injector #2. The third time was about [XXX] mileage about 51000. Was traveling near Haymarket, VA. Engine started to miss, decrease in power, check engine light came on. Vehicle was towed to dealer. Inspection of the engine revealed injector #3 was malfunctioning and they needed to replace it but could not get the injector for it from Hyundai. The vehicle has been setting at the dealer since then with no idea when it will be repaired.

**NHTSA ID Number:** 11640101
**Incident Date** February 1, 2025
**Complaint Date** February 1, 2025
**Consumer Location** Unknown
**Vehicle Identification Number** 5NMS6DAJ6NH****
**Summary of Complaint**
3rd time having the same engine issue where the fuel injector keeps going out. Once in February then again in April now again in Jan. The car shakes violently and unsafe to drive even when at a standstill.

**NHTSA ID Number:** 11632972
**Incident Date** February 16, 2024
**Complaint Date** December 29, 2024
**Consumer Location** NEW RIVER, AZ
**Vehicle Identification Number** 5NMS3DAJ9NH****
**Summary of Complaint**

Three fuel injectors out of four have failed in a year's time frame. Car shakes, stalls, hesitates, and is dangerous to drive. Waiting for fourth injector to fail.

**NHTSA ID Number:** 11623629
**Incident Date** October 30, 2024
**Complaint Date** November 5, 2024
**Consumer Location** CLEARWATER, FL
**Vehicle Identification Number** 5NMS14AJ3NH****
**Summary of Complaint**
The contact owns a 2022 Hyundai Santa Fe. The contact stated that while driving at an undisclosed speed, the check engine warning light was illuminated. The vehicle was taken to the local dealer, where it was diagnosed. The dealer replaced the high pressure fuel injector pipe, the Gasoline Direct Injection(GDI) fuel injector on cylinder 3, the high pressure fuel pipe, the combustion seal ring, the K bolt, and other

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

unknown parts. The vehicle was repaired under warranty. The manufacturer was made aware of the failure. The failure mileage was approximately 50,000.

**NHTSA ID Number:** 11578047
**Incident Date** January 3, 2024
**Complaint Date** March 18, 2024
**Consumer Location** CLEVELAND, GA
**Vehicle Identification Number** 5NMS14AJ3NH****
**Summary of Complaint**
Driving down road car began shaking, driving rough and wouldn't pick up speed. Check engine light came on with code P030400/POWERTRAIN/EMS/Odometer 46,056. Car towed to Hyundai in Gainesville, GA. Tech found Cylinder 4 misfire and Cylinder 4 was replaced. [XXX] Driving down Highway and car began shaking, driving rough and wouldn't pick up speed ,again. Check engine light with code P030300/POWERTRAIN/EMS/Odometer 47,176. Car driven to Hyundai in Gainesville, GA. Tech found Cylinder 3 misfire and Cylinder 3 was replaced. [XXX] Driving down highway and check engine light came on. Car was running okay. Code P219CFO/POWERTRAIN/EMS/Odometer 47,315. Car was driven to Hyundai in Gainesville, GA for diagnosis. Tech found Cylinder 1 Air-fuel ration imbalance. [XXX] internal GDI injector leakage and parts were ordered. Replaced 2 fuel injectors, high pressure fuel pipe and 2 rail bolts.

**NHTSA ID Number:** 11559090
**Incident Date** December 1, 2023
**Complaint Date** December 8, 2023
**Consumer Location** COLUMBIA, MD
**Vehicle Identification Number** 5NMS64AJ1NH****
**Summary of Complaint**
Ref NHTSA TRACKING # 11557625 Vehicle broke down again within 5K miles and 45 days of prior repair referenced in above case. Similar conditions, highway speed, bucking and vibrating, loss of speed control, no warning. Subsequent repair confirmed same issue (fuel injector) as original breakdown/repair and my initial notification to NHTSA.

**NHTSA ID Number:** 11557625
**Incident Date** September 29, 2023
**Complaint Date** November 30, 2023
**Consumer Location** COLUMBIA, MD
**Vehicle Identification Number** 5NMS64AJ1NH****
**Summary of Complaint**
Vehicle began to shake, buck and emit a grinding noise while traveling on highway resulting in loss of speed control and associated fear. Check engine light appeared simultaneously. No prior indication of a problem. Managed to limp to next exit via shoulder. Had car towed to dealer as warranty was still in effect. Problem was diagnosed as fuel injector failure and repaired. Learned it is a common, recurring issue with Hyundai 4 cylinder engine. Not unusual to have multiple failures per vehicle. Hyundai is only authorizing repair/replacement upon individual failures, not pre-emptive even though common and recurring. Confirmed this is a common, recurring issue across Hyundai via our local mechanic and internet info. Vehicle has now experienced a second failure and is being towed to dealer.

**NHTSA ID Number:** 11551681
**Incident Date** October 2, 2023
**Complaint Date** October 24, 2023
**Consumer Location** CHESAPEAKE, VA

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5NMS44AL4NH****

**Summary of Complaint**

The issue with Hyundai 2.5 L turbocharged engines is getting a lot of exposure on-line. My story begins about a year ago with me complaining to the Hyundai service department about my 2022 Santa Fe Limited hesitating, lurching, and stalling (once) following acceleration from a complete stop, all without the Check Engine Light (CEL) illuminating (which the dealership said is needed to initiate troubleshooting). In addition, there is a common thread where dealerships are telling owners that it is "... probably bad gas." On 2 October 2023 the SUV started and was idling very rough, and as I drove off, the CEL illuminated (finally). After turning off the SUV for five minutes, it started fine with no CEL. My OBD-II code reader pulled three codes from the SUV that afternoon: P0300, P0301, and P0302 (Misfire - General, Misfire - Cylinder 1, and Misfire - Cylinder 2). The trouble codes should be sufficient for the service department to locate a problem, and to their credit I was placed in a loaner vehicle when I dropped the SUV off on 7 October 2023. So far (24 October), they have not identified a problem, even though there is a fuel injector Technical Service Bulletin (TSB) for multiple Hyundai vehicles (including my Make/Model/Year) that may or may not apply to my specific vehicle. Bottom line: The vehicle is unsafe to drive (as I told the service manager), has had this problem for approximately one year, and if the vehicle stalls when I am entering traffic it is not going to end well - not for me in a stalled vehicle and not for Hyundai after they had an opportunity to address the problem.

**NHTSA ID Number:** 11549488
**Incident Date** June 1, 2023
**Complaint Date** October 11, 2023
**Consumer Location** SUMMIT POINT, WV
**Vehicle Identification Number** 5NMS2DAJ7NH****
**Summary of Complaint**

Vehicle check engine light came On while driving and vehicle began misfiring. Vehicle was in the shop and injector was found defective. Vehicle again had same issue but intermittently and wife would have to pull over and shut down the car to be able to drive it safely home. Dealership tried blaming bad gas which was purchased a mile from dealership. Within 50 miles vehicle began acting the exact same way and Hyundai dealership says injector needs replaced but blaming contamination not a known issue Hyundai has with injectors. Found multiple instances of same issue and same made up issue of contaminated gasoline even at the same dealership I went to. Faulty injectors make the vehicle unsafe when traveling at highway speeds on busy highways.

**NHTSA ID Number:** 11477421
**Incident Date** August 3, 2022
**Complaint Date** August 3, 2022
**Consumer Location** WICHITA FALLS, TX
**Vehicle Identification Number** 5NMS34AJ2NH****
**Summary of Complaint**

The contact owns a 2022 Hyundai Santa Fe. The contact stated that while driving at an undisclosed speed, the vehicle lost motive power with the check engine and oil warning lights illuminated. The vehicle was towed to the dealer where it was diagnosed that there was 1/3 amount of water in the fuel tank, causing damage to the fuel injector. The dealer informed the contact that the fuel injector needed to be replaced; however, the part was not covered under warranty. The vehicle was not repaired. The contact stated that she had received a copy of the state inspection notice that it had passed for clean fuel from the gas station where she refueled. The manufacturer was made aware of the failure and a case was opened. The failure

mileage was approximately 11,000.

**2022-2024 Hyundai Tucson**

**NHTSA ID Number:** 11664808
**Incident Date** August 26, 2024
**Complaint Date** June 4, 2025
**Consumer Location** NEW BERN, NC
**Vehicle Identification Number** 5NMJA3AE3NH****
**Summary of Complaint**
Without warning the car started misfiring while I was driving around town. It continued and became worse. I was in Wisconsin on vacation with the closest Hyundai dealer over an hour away. Mileage was 62416 and I had the tires replaced two weeks prior to leaving and while there I explained I would be driving from Virginia to Wisconsin and asked they let me know if the vehicle needed any service. I took it to a local shop to see if it was something easily repaired and was told it was probably a fuel injector and I should take it to the dealership as it may be under warranty. So I had to have it towed and rent a car. According to the dealership the warranty for the fuel injectors ended at 60000 miles.

**NHTSA ID Number:** 11664368
**Incident Date**  May 31, 2025
**Complaint Date** June 2, 2025
**Consumer Location** Unknown
**Vehicle Identification Number** KM8JB3AE0NU****
**Summary of Complaint**
Component or System That Failed: After a routine oil change at Rick Case Hyundai of Roswell on Saturday, \[insert date\], my 2022 Hyundai Tucson began shaking significantly. The dealership later informed me the issue was related to a **malfunction in the fuel injector system**. The vehicle is currently at the dealership and available for inspection upon request. How Safety Was Put at Risk: The shaking occurred immediately upon driving away from the dealership and worsened rapidly. I was concerned about losing control of the vehicle orengine stalling while driving, which could pose a danger to myself, passengers, and others on the road. I returned the vehicle immediately to avoid further risk. Reproduced or Confirmed by Dealer or Service Center: Yes, the problem was confirmed by the dealership (Rick Case Hyundai of Roswell). They diagnosed the issue as being related to fuel injector failure. I am waiting on a written report and confirmation of warranty coverage. Inspected by Manufacturer, Police, Insurance, or Others: At this point, the issue has been inspected and diagnosed by the Hyundai dealership. It has not been inspected by police, insurance, or any other outside parties. Warning Lamps, Messages, or Other Symptoms Before Failure: Warning Lamps, Messages, or Other Symptoms Before Failure: Yes, the check engine light turned on shortly after I noticed the vehicle shaking. The symptoms began **immediately after the oil change**, and the engine light appeared as the shaking worsened. There were no prior warning signs before this incident. This suggests a sudden failure, possibly related to the fuel injection system*, as diagnosed by the dealership.

**NHTSA ID Number:** 11663285
**Incident Date** May 22, 2025
**Complaint Date** May 27, 2025
**Consumer Location** GILBERT, AZ
**Vehicle Identification Number** KM8JB3AE3NU****
**Summary of Complaint**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

While driving home on the freeway in stop-go traffic, the check engine light suddenly came on. At idle and low speed, the engine ran very rough with lots of vibration and acceleration became difficult. I got off the freeway as soon as possible to take surface streets as I felt unsafe continuing to drive on the freeway. The car continued to vibrate significantly. This happened very close to home and I was able to get home but slowly. When the car cooled down I checked the fluid levels - oil was fine and clear but coolant level was low despite a recent service where a coolant flush was performed and the coolant level was at the minimum level indicated by the reservoir. The dealer performed a test and the fuel injector unit for cylinder 3 failed. Apparently there is no observable coolant leak. The car is now awaiting repair under warranty, but the part is not available for 8 weeks. The dealer intends to replace the failed injector when the part arrives.

**NHTSA ID Number:** 11662899
**Incident Date** May 16, 2025
**Complaint Date** May 24, 2025
**Consumer Location** GUNTERSVILLE, AL
**Vehicle Identification Number** 5NMJC3AE0NH****
**Summary of Complaint**
Fuel injector failure. Vehicle misfired at startup. When attempting to accelerate, vehicle was hesitating and couldn't. Towed to dealer and they were able to recreate the issue and place code reader on vehicle to find injector problem. Dealer states that Hyundai is revamping all fuel injectors, not just replacing with current supply on faulty injectors. Car will be at dealer for unknown period of time due to nationwide parts supply shortage

**NHTSA ID Number:** 11662647
**Incident Date** May 8, 2025
**Complaint Date** May 22, 2025
**Consumer Location** HENDERSON, NV
**Vehicle Identification Number** KM8JECAE9NU****
**Summary of Complaint**
In Dec. 2023 my car stopped dead in the middle of the road. After being towed to ABC Hyundai in las Vegas they had to replace a fuel injector and I was told it could occur again On [XXX] the car began sputtering and shaking. When I bought it in I was told it was the fuel injector. I was told that Hyundai no longer changes just the one injector as they did before but now Hyundai has a complete kit. There was none at the dealership so it was ordered on Sat May 17 and told it would be in on Tues May20 but now I'm told it's back ordered. They are supposed to give a loaner but non available. I cannot be without a car as I live alone and need a car. I called corporate customer service today May 22 but the won't get back to me for several days. I was told by dealer service to rent a car and I would get reimbursed but corporate said that it would be at my discretion. My car has 14700 miles INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6

**NHTSA ID Number:** 11659099
**Incident Date** May 2, 2025
**Complaint Date** May 5, 2025
**Consumer Location** TEMPLE, TX
**Vehicle Identification Number** 5NMJF3AE7PH****
**Summary of Complaint**
Driving on the highway when my car stopped accelerating when pressing down on the gas pedal. It was very risky to be driving on the highway without the ability to accelerate so we put our hazard lights on while we got out the highway ay the nearest

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

exit and parked the car in a nearby parking lot. We were stranded about 100 miles away from home and had to have the car towed back home. Dealership confirmed that it was the fuel injector that was the issue and has been a known common issue for this type of vehicle.

**NHTSA ID Number:** 11656056
**Incident Date** December 7, 2024
**Complaint Date** April 22, 2025
**Consumer Location** CANASTOTA, NY
**Vehicle Identification Number** 5NMJCCAE8NH****
**Summary of Complaint**
My 2022 Hyundai Tuscon is in the shop for a SECOND time due to a bad fuel injector. The first time was 4 months ago. My vehicle's check engine light went on and it went into "limp mode" on a major roadway. (I take all major highways to work.) A vehicle going into "limp mode" on a highway is super dangerous. My check engine light went on once again, and I brought it into the dealership service center. I left it there for 36 hours, only to learn that they did not have the parts on site to do the repairs. I have to bring it BACK for another 24-36 hours for the repair to be completed on a SECOND bad fuel injector. How Hyundai hasn't issued a recall for the fuel injectors yet is appalling.

**NHTSA ID Number:** 11656127
**Incident Date** April 13, 2025
**Complaint Date** April 22, 2025
**Consumer Location** GARLAND, TX
**Vehicle Identification Number** 5NMJECAE8PH****
**Summary of Complaint**
FUEL INJECTORS FAILED AT 18523 MILES. Replaced both low and high injector on this cylinder 3 and then continued performance issues. Replaced all low injectors in Al 4 cylinders but did not replace higher injectors Stranded on Sunday on highway with no rental cars open except airport.

**NHTSA ID Number:** 11655624
**Incident Date** December 8, 2024
**Complaint Date** April 19, 2025
**Consumer Location** TEMECULA, CA
**Vehicle Identification Number** 5NMJE3AE8NH****
**Summary of Complaint**
In December 2024, the engine lost power while driving. We were able to pull over on a busy road, where we were blocking traffic on a curve. We had it towed to the dealership. There was no warning or light indicating any problem. Thankfully we were not on the freeway when this occurred. The Hyundai app said that all systems in the vehicle were normal. The fuel injector was replaced by Hyundai. Now, 4 months later, the check engine light came on. I took it to the dealership, and another fuel injector needed to be replaced. The service manager stated that he requested that all of the fuel injectors be replaced because this is a known issue, but Hyundai denied the request, so they only replaced one fuel injector. I am expecting this to happen again, and I am especially worried that the vehicle could lose power while driving on the freeway. Please note that this vehicle was purchased new, and I have had all the scheduled maintenance performed at the Hyundai dealership.

**NHTSA ID Number:** 11653899
**Incident Date** August 26, 2024
**Complaint Date** April 10, 2025
**Consumer Location** MONROEVILLE, PA

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** 5NMJFCAE2NH****
**Summary of Complaint**
August 26, 2024, (and again on 4/10/2025...I will file that complaint separately) I experienced very rough engine performance and I could not throttle or go faster than 20 mph without the engine seriously rattling. In August under warranty a fuel injector was replaced, and now again in April 2025 the same problem again. Twice I was on a major highway but was luck to be able to get off so as not to cause an accident.

**NHTSA ID Number:** 11651150
**Incident Date:** September 15, 2024
**Complaint Date:** March 27, 2025
**Consumer Location:** CORNELIUS, NC
**Vehicle Identification Number:** 5NMJC3AE5NH****
**Summary of Complaint**
September 15, 2024 while driving with cruise control set at 65mpg, the 2022 Hyundai Tucson began shaking and experienced an abrupt loss of power. I released the cruise control, and the vehicle wouldn't accelerate over 45 mph without shaking severely. September 16, 2024 car was inspected by a dealership and determined it was the 4th cylinder fuel injector; mileage on the vehicle was 45,314. Repairs were made per a TSB P030X. January 27, 2025, while driving with cruise control at 60mph, the same thing happened again. Managed to get the car to another dealership, only to find out all 4 fuel injectors needed to be replaced; this time with a TSB 25-FL-001H kit; mileage was 50181. Approximately March 11, 2025 car started the same issue, only this time there was no abrupt shaking or loss of power, however very strong smell of fumes. I refused to park the car in my garage, and immediately called Hyundai USA with all of this information from the start of these issues until current. The car was then taken to another dealership with mileage at 51332, only a difference of 1151 miles since last issue. This time all of the fuel injector seals are melted. Hyundai USA refuses to do anything about it. It was verified with the service technician this last time, that raw fuel was leaking onto the hot engine and could have resulted in the car catching on fire. The first two times this happened, I was out of state while being broken down.

**NHTSA ID Number:** 11650923
**Incident Date:** March 19, 2025
**Complaint Date:** March 26, 2025
**Consumer Location:** MELBOURNE, FL
**Vehicle Identification Number:** 5NMJF3AE2NH****
**Summary of Complaint**
The fuel injectors are bad. When the first fuel injector failed, the Hyundai mechanic stated that the remainder of fuel injectors would also fail but they could not proactively replace them. Two fuel injectors have failed in the matter of 6 months and it's expected the last two will follow suit.

**NHTSA ID Number:** 11649986
**Incident Date:** March 18, 2025
**Complaint Date:** March 23, 2025
**Consumer Location:** LA GRANGE, IL
**Vehicle Identification Number:** 5NMJECAE7NH****
**Summary of Complaint**
Vehicle began shaking upon starting and was not accelerating properly. Engine light came on and a warning appeared on the LED screen to take care to dealer immediately. Upon inspection by the dealer, the problem was determined to be a faulty fuel injector (on Thursday 3/20). The part is NOT kept in stock at the dealer and was ordered from

**CLASS ACTION COMPLAINT**

the warehouse for delivery the next day (Friday 3/21). I should have had the car repaired and returned to me by end of day 3/21 or next day, Saturday 3/22. I called after not receiving an update on Friday and was told the part is on BACKORDER. When the problem was diagnosed on 3/20, at the Hyundai dealer service department, the employee in the service department admitted that this was a common problem with the Tuscon and that no recall had been issued. He also said that the car is NOT DRIVABLE until the issue is fixed. A quick Google search showed that is very much a serious and common issue. I also appears that once one goes out, the rest will start to need to be replaced and are being done AS THEY BREAK, rather than replacing them all and/or fixing what is causing them to be faulty. I was told they have no idea when the parts will be ready. It clearly is a common problem if they do not have the parts readily available to fix my vehicle. In addition, he added it may take up to several weeks. The car just turned 3 years old and has 34,000 miles on it. I have NEVER had such a bad issue with any new care I have owned. There was absolutely no indication anything was wrong on prior drives before starting up the car. I had just driven it 260 miles to my daughter's college and back. Thank goodness it didn't happen on the busy highway or on one of the country roads in the middle of cornfields. The dealer service employee said the broken part would be "sent for inspection" once they have it off and a new part available.

**NHTSA ID Number:** 11646179
**Incident Date:** March 3, 2025
**Complaint Date:** March 4, 2025
**Consumer Location:** NAPLES, FL
**Vehicle Identification Number:** KM8JECAE3NU****
**Summary of Complaint**
1-- Fuel injector failed 11/2023 one month to replace it, 2-- Fuel injector failed 3/2025 in dealer, 3-- Fuel door does not open, replaced by dealer 3/2025

**NHTSA ID Number:** 11642750
**Incident Date:** February 13, 2025
**Complaint Date:** February 14, 2025
**Consumer Location:** PITTSBURGH, PA
**Vehicle Identification Number:** 5NMJECAEXNH****
**Summary of Complaint**
2022 to Hyundai Tuscon now with the third cylinder misfire due to faulty fuel injector. This can be inspected upon request. Upon second occurrence, requested all cylinders be replaced and advised could not do this under warranty. Second filing to NHTSA. This incident put myself and other drivers at risk. I was driving on a highway and the cylinder misfire occurred resulting in check engine light and vehicle going into limp mode and inability to drive more than 30-40 mph. The entire vehicle violently shakes and loses power with this misfire. In the previous occurrences, could not accelerate beyond 20 mph. I could have been rear ended or caused a serious accident on the highway as a result of Hyundai faulty fuel injectors and cylinder misfires. My vehicle has now been seen 3x for the same issue and replaced by dealer. There were no warning signs prior to the failure of the fuel injector resulting in cylinder misfire and loss of power and inability to accelerate. This is a very dangerous faulty component of this year make and model—it is a known issue. Still no recall. I have a "new" car that puts me in danger every 4-6 months when I lose power in my vehicle with no warning or cause except from faulty parts. This faulty part is going to cause serious injuries/accidents if it is not addressed.

/ / /
/ / /

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11642625
**Incident Date:** February 11, 2025
**Complaint Date:** February 13, 2025
**Consumer Location:** JACKSONVILLE, FL
**Vehicle Identification Number:** KM8JE3AE4PU****
**Summary of Complaint**
I am on my 3rd fuel injector repair in less than 2 years. Asked if they could replace them all and was told they can only replace what is broken. My car was purchased brand new and still under warranty. Each time the car was towed to 3 different dealers, I have not received a loaner or a rental car voucher. I have been without my car for upwards of over a week. So what exactly is the warranty good for? I have a friend who has a 2016 Acura ILX and to this day when it needs to be repaired, he gets a loaner and they pick the car up from his home. This is so disappointing to have purchased a 2023 car in Dec of 2022 with 13 miles on it and have had it in the shop 3 times as of Feb 2025.

**NHTSA ID Number:** 11637522
**Incident Date:** January 9, 2025
**Complaint Date:** January 21, 2025
**Consumer Location:** LAGUNA HILLS, CA
**Vehicle Identification Number:** 5NMJECAE5NH****
**Summary of Complaint**
Lost acceleration while driving on the freeway and car started shaking with Check Engine light on. Took the car to the dealer for diagnostic and was informed that #4 injector failed causing the engine to misfire. This was the 3rd fuel injector failing in 5 months. Per my service advisor, Hyundai released an updated TSB (25-FL-001H) in January 2025 with a 4 new fuel injector replacement kit. Unfortunately, this injector kit was so new that I had to drive a service rental car for a week waiting for the kit to arrive. Let's see if these new fuel injectors will last longer than the old ones.

**NHTSA ID Number:** 11637187
**Incident Date:** January 14, 2025
**Complaint Date:** January 20, 2025
**Consumer Location:** WAUKESHA, WI
**Vehicle Identification Number:** 5NMJFCAE4NH****
**Summary of Complaint**
Car was driving fine. Started sputtering and died, unable to restart. No prior warning injectors will fail. Known fuel injector problem with model years found and replaced. Hyundai TSB 25-FL-001H used.

**NHTSA ID Number:** 11630934
**Incident Date:** February 16, 2024
**Complaint Date:** December 16, 2024
**Consumer Location:** CAMILLUS, NY
**Vehicle Identification Number:** 5NMJCCAE8NH****
**Summary of Complaint**
The contact owns a 2022 Hyundai Tucson. The contact stated while driving at various speeds, the vehicle lost motive power. The check engine, emissions, and other unknown warning lights were illuminated. The contact coasted to the side of the road and had the vehicle towed to the dealer. The contact stated that the failure had occurred 3 times within 10 months. The dealer diagnosed the vehicle with fuel injection system failure. The dealer replaced the fuel injector for the first time. The contact stated that after the second failure, the vehicle was taken to the dealer to be diagnosed. The contact stated that another fuel injector was replaced. The contact stated that the vehicle was diagnosed again after the third time and the contact was informed that the

fuel injectors needed to be replaced; however, they were not yet repaired. The manufacturer was made aware of the failure and opened a case. The failure mileage was 28,000.

**NHTSA ID Number:** 11630585
**Incident Date:** December 13, 2024
**Complaint Date:** December 13, 2024
**Consumer Location:** Unknown
**Vehicle Identification Number:** 5NMJF3AE6NH****
**Summary of Complaint**
Within the first year of purchase, my power train system has been throwing codes. I took it to the dealership where they assured me nothing was wrong. My fuel injectors then gave out. The dealership replaced them and told me "yes these things are faulty and we see it a lot". After replacing it, they did not seal the fuel injectors, causing gas to gush out and set my car to smoke. I was ill from inhaling gas fumes for days. They took accountability and said that the injectors were defective in the vehicles and that they would once again fix it. I am now experiencing further engine issues which they do not know how to diagnose. My car is a 2022 purchase from the lot. The engine is defective and Hyundai is negligent. They admitted they were aware of the injector issue but didn't do much to correct this. After corrected, they almost had my car set on fire from fuel pouring on the engine.

**NHTSA ID Number:** 11629314
**Incident Date:** December 5, 2024
**Complaint Date:** December 6, 2024
**Consumer Location:** TEHACHAPI, CA
**Vehicle Identification Number:** 5NMJE3AE2NH****
**Summary of Complaint**
At the end of May 2024 my car was diagnosed with a faulty fuel injector that caused sputtering and problems accelerating. I was driving on a busy freeway when my car began to shake and sputter and lose power. A check engine light came on when the car first started to shake and sputter. I was able to pull off the freeway but, in an area, where I was unfamiliar. I was able to contact family nearby who assisted me in driving the car slowly to a Hyundai dealership about 15 miles away. This happened on a holiday weekend and I had to get a rental car as the dealership was unable to service the car for several days. The dealership diagnosed the car as having a faulty fuel injector and a new fuel injection was installed. On December 5, my car again started sputtering and shaking and had problems accelerating. It needed to be towed to a Hyundai dealership about 50 miles away from my home. I am currently waiting for them to diagnose the problem.

**NHTSA ID Number:** 11628049
**Incident Date:** November 19, 2024
**Complaint Date:** November 30, 2024
**Consumer Location:** HOLLAND, PA
**Vehicle Identification Number:** 5NMJFCAE3PH****
**Summary of Complaint**
(1) [XXX] (14,568 mi): The vehicle had been running normally. My wife was about to switch lanes at an intersection when the vehicle started to shake and vibrate. The entire dashboard lit up and the vehicle quickly died. She tried restarting it and the engine wouldn't turn over. Anytime there was an attempt to restart, there was a potent odor of gasoline. The car died in the middle of the road. It would sort of start but then it wouldn't move and would just shake and smell of gas. After many minutes of trying to start the vehicle, barely got power but was able to pull to side of road around other cars. Hyundai app reported codes: P030300 and P217800. Had car towed to local

**CLASS ACTION COMPLAINT**

dealer. Picked the car up and next day spoke to the service manager who indicated there was a 20%-25% chance this would reoccur. He said there was nothing he could do as Hyundai would only cover the cost for the existing issue. The paperwork from the dealer shows it was a P0303 for cylinder 3 misfire and system too rich caused by leaking fuel injector for cylinder 3 (low pressure). [XXX] (14,702 mi): I was driving the car, in middle of an intersection and the vehicle started to vibrate and all lights on dash lit up (check engine, battery, etc.) and smell of gasoline. Car hesitated and wouldn't move. Died in intersection. Had to have 2 people help push me as I was dead in middle of road with people beeping and passing me. Got to side of road and couldn't get vehicle to start. No error codes on app this time, but all symptoms were exactly the same. Called for tow, different dealership due to location. Dealership indicated they would return it to us safe, but because of Hyundai policies, they can only work on the affected items. This is well documented by Hyundai owners of this problem and going by what the service manager of the first location told me, this is common to spread to other injectors. THIS IS UNSAFE! TWICE IN MIDDLE OF INTERSECTIONS! TWO MORE INJECTORS! SOMEONE IS GOING TO GET HURT! INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

**NHTSA ID Number:** 11625870
**Incident Date:** November 18, 2024
**Complaint Date:** November 18, 2024
**Consumer Location:** MELISSA, TX
**Vehicle Identification Number:** 5NMJECAE0NH****
**Summary of Complaint**
This 2022 Hyundai Tucson stalled in the middle of a busy highway with my wife in the vehicle. The car suddenly stalled while going 75mph and she was almost killed and got rear-ended. Later we were informed by the dealership that there is an inherent issue with the fuel injection system on these vehicles and the fuel injector has gone bad. These people only replaced the faulty injector. Two months back another injector went bad and then I researched and found this is a bad engineering issue. Now Hyundai is trying to hide behind the veil of Texas Lemon Law and is not taking any responsibility or buying back the vehicle. Hyundai forums are full of this problem and many people avoided near-death experiences because of the stall. I can provide Reddit and Hyundai forum URLs for reference if required.

**NHTSA ID Number:** 11624610
**Incident Date:** November 1, 2024
**Complaint Date:** November 11, 2024
**Consumer Location:** MANKATO, MN
**Vehicle Identification Number:** 5NMJECAE7NH****
**Summary of Complaint**
2 months ago our engine control system warning light came on with a great decrease in speed while driving on the freeway. Brought to Hyundai dealership and was determined that fuel injector 1 misfired and needed replacement. Just last week the exact same issue in fuel injector 4 occurred. They admitted issues with 2022 Tucson injectors but won't replace until they fail as no recall. This is a massive safety issue as you can be driving at a high rate of speed and speed slows immediately.

**NHTSA ID Number:** 11623996
**Incident Date:** October 29, 2024
**Complaint Date:** November 7, 2024
**Consumer Location:** Unknown
**Vehicle Identification Number:** 5NMJBCAE8NH****
**Summary of Complaint**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Running lean on bank 1—dealership states it is a bad fuel injector on cylinder 1 and says it is not covered under 100,000 mile warranty. Vehicle currently at 80,000 miles. Radio in vehicle is restarting itself and not shutting off when car is turned off. Radio does not respond to commands such as volume adjustment. Dealership performed software update, but it did not work.

**NHTSA ID Number:** 11623177
**Incident Date:** October 31, 2024
**Complaint Date:** November 1, 2024
**Consumer Location:** BRICK, NJ
**Vehicle Identification Number:** 5NMJECAE4NH****
**Summary of Complaint**
Driving 78 mph on the highway, when the car stopped accelerating, dropped to 67, and I pulled to the shoulder. Car would not restart. Towed to dealer and was told the fuel injector failed and flooded the engine. Check engine light came on with code DTC P030400 DTC System POWERTRAIN DTC Sub System EMS.

**NHTSA ID Number:** 11622113
**Incident Date:** October 24, 2024
**Complaint Date:** October 26, 2024
**Consumer Location:** LAGUNA HILLS, CA
**Vehicle Identification Number:** 5NMJECAE5NH****
**Summary of Complaint**
Here we go again. Last time the #3 fuel injector failed while driving on the freeway. Car started shaking and lost acceleration with "check engine" warning light on. Two months later, #2 fuel injector failed while driving on the street with same symptoms as last time. Fortunately, both incidents did not cause any accident but were terrifying. I requested the Hyundai service dealer replace the remaining fuel injectors and again, was informed that Hyundai will only authorize them to replace a defective injector when it's failed. I do not understand Hyundai's logical thinking. Hyundai is fully aware of this issue and have already sent out TSBs. Are they waiting for someone to be in an accident and have major bodily injury caused by defective fuel injectors before taking this matter seriously? I will also address this matter to Hyundai Corporation for a response.

**NHTSA ID Number:** 11622083
**Incident Date:** October 11, 2024
**Complaint Date:** October 26, 2024
**Consumer Location:** MARIETTA, GA
**Vehicle Identification Number:** KM8JFCA17PU****
**Summary of Complaint**
While traveling out of town, our 2023 Tucson HEV with 31,000 miles started chugging/hesitating during acceleration. This chugging continued to worsen, so we took it to a Hyundai dealership to diagnose. We were told that fuel injector #3 was misfiring, and, as they did not have the parts in stock, that it would be safe to make the 5-hour drive back home to service the vehicle. During the first 4 hours of the drive the chugging/hesitating worsened, several times suddenly losing power and speed dropping from 70 mph to 40 mph and lower, creating extremely harrowing and dangerous conditions from the higher speed drivers behind and around us on the highway. During the last hour of the drive, the vehicle started making a screeching sound, and emitting a burning smell, and chugging so convulsively that we made an emergency detour to drop it at the closest Hyundai dealership. The second dealership said that they could not use the first dealership's diagnosis and that they would need to do their own assessment. Almost 2 weeks later, we were informed that the vehicle was fixed and that the issue was a cracked tensioner belt and that likely is what set off

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the other code(s), including the fuel injector code. Upon picking up the vehicle we discovered that the same chugging issue was still occurring and returned it to dealership #2. They ran another diagnostic and determined that fuel injector #3 needed to be replaced — the issue that dealership #1 originally diagnosed. We were also told that the problem is with the outsourced company that makes the fuel injectors, and that this is a recurring issue with the other injectors. Unfortunately, Hyundai has yet to take responsibility and save its customers a lot of inconvenience and safety concerns by allowing dealerships to go ahead and replace all of the fuel injectors at once when the first one goes bad.

**NHTSA ID Number:** 11619968
**Incident Date:** August 2, 2024
**Complaint Date:** October 15, 2024
**Consumer Location:** SIOUX FALLS, SD
**Vehicle Identification Number:** 5NMJFCAE8NH****
**Summary of Complaint**
At 37,430 miles, while driving on the interstate, our vehicle's check engine light came on. Shortly after, the vehicle began to shake and would stall if the RPM fell below 2000, placing us at serious safety risk of breaking down and causing an accident on the interstate at 80 mph. We were 290 miles from the nearest Hyundai service department and managed to make it without breaking down. After inspecting our vehicle, the service department reported that our fuel injector for cylinder two needed replacing, but that it would take 3 business days to order the part, leaving us stranded 1,600 miles from home for 6 days in total. On our way back home, at around 38,800 miles, the check engine light came back on and the car began to shake and stall again when RPM dropped below 2000 — the same as before — while driving on the interstate. We were 140 miles from the nearest Hyundai service department and still 800 miles from home, leaving us stranded once again. The service department replaced our fuel injector for cylinder 1 and confirmed that this is a known issue for the 2022 Hyundai Tucson, but that Hyundai refuses to replace the fuel injectors until they go bad. This is extremely unsafe, and we still have two fuel injectors that will likely need replacing.

**NHTSA ID Number:** 11619146
**Incident Date:** October 3, 2024
**Complaint Date:** October 10, 2024
**Consumer Location:** CALHOUN, GA
**Vehicle Identification Number:** KM8JF3AE3PU****
**Summary of Complaint**
I purchased the car in December of 2022 and within the first few months, it would shut down on the interstate. After a few minutes, it would crank back up and be fine. I immediately took it to the dealership (authorized Hyundai dealer) and they could not find an issue. A couple months later, it did it again. Again, I took it to the dealer, they didn't find anything, and I took it home. After a year, it stopped and would not start back up for a long time. I was stranded at a gas station for over an hour. I finally got it to crank, took it in, and they said they fixed a faulty fuel injector. Now it's October 2024 and it is back at the dealer because last week it left me stranded on the side of the interstate at night for a few hours. Again, they are replacing 2 fuel injectors.

**NHTSA ID Number:** 11618592
**Incident Date:** October 3, 2024
**Complaint Date:** October 7, 2024
**Consumer Location:** Unknown
**Vehicle Identification Number:** 5NMJECAE1NH****
**Summary of Complaint**

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Fuel injector failure while driving at highway speeds to only have the car lose power and become a danger while attempting to get off the highway. The fuel injectors are a regular problem with this year, make, and model vehicle. The warning lamps didn't come on until after loss of power. This is the second time that this has happened. First time was on July 12, 2024.

**NHTSA ID Number:** 11618317
**Incident Date:** September 28, 2023
**Complaint Date:** October 6, 2024
**Consumer Location:** HILLSBORO, MO
**Vehicle Identification Number:** 5NMJA3AE9NH****
**Summary of Complaint**
I am dealing with my 3rd clogged fuel injector. My car lost power, started shaking and wouldn't accelerate. The engine light went on when it happened, not before. The first time I was on the highway, second time on a major thoroughfare. Not places where I could just pull over. Very scary. I got the first one fixed in 2023. This happened again a year later with a different fuel injector. I just got my car back 2 weeks ago and it is doing it again. I will have it towed but NOT to the dealer this time. They told me it wasn't a problem with this car, until I called them out on it. Then she said she misunderstood. They are well aware of the problem. I can't believe the dealer because they aren't upfront about the problem. They didn't even give me the paperwork this second time, just a receipt. When I get this third one fixed, I will never be comfortable driving it.

**NHTSA ID Number:** 11616434
**Incident Date:** September 23, 2024
**Complaint Date:** September 25, 2024
**Consumer Location:** Unknown
**Vehicle Identification Number:** 5NMJC3AE6NH****
**Summary of Complaint**
Fuel injector went out while I was driving to work. Approximately 5,000 miles later, I was driving home from work and another fuel injector went out. Both times I had to have my car towed to the dealership. They said there was a recall on fuel injectors but only could fix the one that went out each time. I am nervous about the next time it goes out. Where will I be, and will it be dark and unsafe? I have been a loyal Hyundai car owner. I am now thinking about not purchasing another Hyundai and selling my Tucson. Customer service and making sure customers are placed in a safe car at all times is very important. Hyundai failed this time.

**NHTSA ID Number:** 11615489
**Incident Date:** July 18, 2023
**Complaint Date:** September 19, 2024
**Consumer Location:** BRISTOL, CT
**Vehicle Identification Number:** 5NMJFCAE6NH****
**Summary of Complaint**
I was driving on the highway, and at roughly 55 MPH, the vehicle suddenly lost power; it seemed to regain function momentarily, and then the check engine light went on, and the vehicle shut down. The vehicle was then rolling. Thankfully I was able to throw hazards on quick enough and the vehicles around me were alert enough not to collide into my vehicle, and I was able to get the vehicle over to the shoulder before the lost momentum. The vehicle was then towed to the nearest Hyundai dealership. The dealership informed me that the engine produced code P030200, meaning that the fuel injector on Cylinder 2 had failed. They were able to replace it. The vehicle was at 24,188 miles at the time.

**NHTSA ID Number:** 11615494
**Incident Date:** June 17, 2024
**Complaint Date:** September 19, 2024
**Consumer Location:** BRISTOL, CT
**Vehicle Identification Number:** 5NMJFCAE6NH****
**Summary of Complaint**
I had gone out with my vehicle for an errand, and it was running fine. When I finished, I came back into the vehicle and started it up, and it was shaking tremendously on startup. I turned off the car, started it back on, and it started fine. I got about 300 feet from where I was going, not even ten mph, and the vehicle started shaking the same as minutes before; this time, a check engine light came on. I immediately parked it in a safe spot and called for Roadside Assistance. The dealership that serviced the vehicle informed me the DTC code was P030400, meaning the fuel injector for Cylinder 4 had failed. It was luckily replaced promptly. This was the second GDI injector that had been replaced on the vehicle. Unfortunately, I was told there was a service bulletin on the problem and that the dealership was seeing a lot of this problem. I contacted Hyundai Motors America directly to try proactively to get the remaining two injectors replaced. Still, I was told that because there was no current issue with the injectors, they would be unable to provide any assistance proactively. The vehicle had 35,645 miles on the motor when this incident occurred.

**NHTSA ID Number:** 11615504
**Incident Date:** August 20, 2024
**Complaint Date:** September 19, 2024
**Consumer Location:** BRISTOL, CT
**Vehicle Identification Number:** 5NMJFCAE6NH****
**Summary of Complaint**
I was driving the car home on 8/20/24 at roughly 50 MPH, and I felt this brief bucking motion with the vehicle and a loss of power to the motor. The vehicle did not fully shut down and continued to drive, but it struggled when trying to accelerate. When I got home, I checked the engine code through MyHyundai, which showed code P219CF0. I reached out to the dealership, leaving multiple voicemails, and after over a week of trying to get them on the phone, I went in person and scheduled an appointment for them to service the vehicle on 8/28. They were not able to see the vehicle until 9/3/24, and after talking with the service manager and reviewing my car history, they were confident it was another injector. He was ordering the parts because he said he didn't have any, and it would take a bit to get them. The car went in on 9/3 as planned, and they called to confirm that Cylinder 1 had an air-fuel ratio imbalance and that the GDI injector had failed. They had gotten in the injector but did not have the high-pressure pipe needed to go along with it, and they would have the pipe in by 9/6. I'm unsure when the pipe arrived, but I called in mid-afternoon on 9/9/24, and they were wrapping up my vehicle and said it would be ready shortly. They performed the standard 34-point inspection on the vehicle and did not find further issues. I reached back out to Hyundai Motors America after my second injector failed. At the time, they were unwilling to replace the remaining injectors proactively. I've now opened my second case with Hyundai Motors America. I am communicating through email now, and I do not believe Hyundai is willing to replace the final fuel injector proactively, even though the vehicle only has one original injector remaining, and based on the bulletin Hyundai has out, the chances are pretty good it will soon fail too.

**NHTSA ID Number:** 11615408
**Incident Date:** September 13, 2024
**Complaint Date:** September 19, 2024
**Consumer Location:** TEMECULA, CA
**Vehicle Identification Number:** 5NMJC3AE8NH****

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**
Fuel injector failure. UTC code PO030300 detected at 27,500 miles. Car is shaky and loss of power in idle. Code showing on infotainment screen. Taken to dealership on 9/17/24 with appointment and vehicle was not "diagnosed" until 9/19/24. From loss of power, with children in car, it is a safety issue.

**NHTSA ID Number:** 11611742
**Incident Date:** August 30, 2024
**Complaint Date:** August 30, 2024
**Consumer Location:** Unknown
**Vehicle Identification Number:** 5NMJECAE6NH****
**Summary of Complaint**
I had 2 fuel injectors fail on my car within a 3-week period. The car is only 2.5 years old and has 48,500 miles on it. Both instances were when I was on a highway. I had the first fuel injector fail on [XXX] and then the second one failed about 3 weeks later on [XXX]. When the second fuel injector failed, I was barely able to drive the car to a safe place to get it towed. I spoke with a Hyundai Corp case worker and asked why they didn't just replace the remaining 2 fuel injectors. Her response was that they don't replace them unless they fail. I now have a 2-year-old car that I am afraid to drive because I never know where or when it will leave me stranded. *INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)*

**NHTSA ID Number:** 11609412
**Incident Date:** August 10, 2024
**Complaint Date:** August 19, 2024
**Consumer Location:** STEVENSVILLE, MI
**Vehicle Identification Number:** 5NMJE3AE1NH****
**Summary of Complaint**
Vehicle suddenly became unable to accelerate. Engine shuddered and produced a burning smell until we could safely pull over. It was towed to the dealership where diagnostics showed a faulty fuel injector, and they replaced 1 GDI fuel injector per TSB 23-FL-002H-1.

**NHTSA ID Number:** 11609577
**Incident Date:** August 19, 2024
**Complaint Date:** August 19, 2024
**Consumer Location:** ALLEN, TX
**Vehicle Identification Number:** 5NMJF3AE2NH****
**Summary of Complaint**
My service advisor said that another fuel injector would probably go out but it wouldn't be covered under warranty until the car stalled. I am planning to move to Idaho from Texas for college, so I spent $840 for new fuel injectors. The engine was pulsating and lost power multiple times. Definitely not what I was expecting to spend on a 2-year-old car.

**NHTSA ID Number:** 11608595
**Incident Date:** August 13, 2024
**Complaint Date:** August 14, 2024
**Consumer Location:** LAGUNA HILLS, CA
**Vehicle Identification Number:** 5NMJECAE5NH****
**Summary of Complaint**
On August 13, 2024, while merging onto the freeway with a driving speed of around 45 mph, my car suddenly lost acceleration and started shaking. Seconds later, the "check engine" warning indicator light came on as well. I slowly got off the freeway

still without acceleration power and found a safe place to park the car. I contacted Hyundai Roadside Assistance to request a towing service to the Hyundai dealer. I left the car at the dealer overnight and contacted the Service Advisor the next day. The Service Advisor stated that one of the fuel injectors was defective and will be replaced under warranty. After researching online, defective fuel injectors for my car are a well-known issue from the public and Hyundai service departments (2 related TSBs were issued in October 2022 and March 2023). Incredulously, per the Service Advisor, Hyundai will only replace the defective fuel injector one at a time. NHTSA should demand Hyundai to recall all affected vehicles listed in the TSBs to replace all fuel injectors at the same time (defective or not) to prevent another sudden acceleration power loss, which may cause a major traffic accident and great bodily harm.

**NHTSA ID Number:** 11607997
**Incident Date:** August 9, 2024
**Complaint Date:** August 12, 2024
**Consumer Location:** PITTSBURGH, PA
**Vehicle Identification Number:** 5NMJECAEXNH****
**Summary of Complaint**
2022 Hyundai Tucson with repeated check engine light and vehicle losing power. Vehicle losing power and inability to exceed speeds of 15 mph with vehicle shaking, knocking, and pedals shaking. No warning that this was going to occur until vehicle becomes unsafe to drive. This has happened twice, and one of which was on a highway, creating an incredibly unsafe situation. First time diagnostic code was P0303 which was a cylinder 3 misfire, and second time — less than 4 months later — diagnostic code was a P0302 cylinder 2 misfire. Hyundai only repairs one injector at a time; refusing to do all 4 despite being a heavily documented issue on this make/model. This was confirmed both times by two separate independent service centers. Vehicle has about 25,000 miles on it and has had 3 check engine lights over the past 3 years of owning — it was bought new. The first time was 2 days after owning and it was a bad IAT that resulted in engine stalling once again. All 3 times the car was unable to be driven and created substantial safety concerns with inability to drive.

**NHTSA ID Number:** 11607751
**Incident Date:** August 10, 2024
**Complaint Date:** August 10, 2024
**Consumer Location:** MILWAUKEE, WI
**Vehicle Identification Number:** 5NMJECAE2NH****
**Summary of Complaint**
Twice in 2 months the fuel injectors have gone out on my vehicle. It causes the car to start shaking uncontrollably and lose power when hitting the gas, almost causing a crash. First injector was injector 3 in May 2024 and today, 8/10/24, injector 4 went out.

**NHTSA ID Number:** 11607504
**Incident Date:** February 15, 2024
**Complaint Date:** August 9, 2024
**Consumer Location:** MILLBROOK, AL
**Vehicle Identification Number:** 5NMJB3AE2NH****
**Summary of Complaint**
The contact owns a 2022 Hyundai Tucson. The contact stated that while his daughter was driving approximately 65 MPH, the check engine warning light illuminated and the vehicle began to vibrate, lose motive power, and then stalled. The vehicle was towed to the local dealer who diagnosed that cylinder #4 fuel injector had failed. The fuel injector was replaced; however, the same failure occurred with fuel injector #3.

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

The vehicle was not yet repaired. The manufacturer was not yet contacted. The failure mileage was 34,219.

**NHTSA ID Number:** 11607128
**Incident Date:** August 1, 2024
**Complaint Date:** August 7, 2024
**Consumer Location:** HILBERT, WI
**Vehicle Identification Number:** 5NMJECAE6NH****
**Summary of Complaint**
Fuel injectors have failed three times now. Each time they have replaced a single injector and told me the issue is fixed. Once one is fixed, the other goes shortly after. The vehicle enters limp mode with a check engine light, making it extremely dangerous to try and drive the vehicle, especially when entering the highways. The problem has been confirmed by the dealership, and TSB 23-FL-002H-1 shows they are aware of the issue. I have not had it inspected by the manufacturer (other than technicians at the dealership) or any other entity. This issue has happened twice this year — once in March, and again in July.

**NHTSA ID Number:** 11606651
**Incident Date:** November 18, 2023
**Complaint Date:** August 5, 2024
**Consumer Location:** Unknown
**Vehicle Identification Number:** 5NMJFCAE6NH****
**Summary of Complaint**
Fuel injector failure in fuel injector #2. Hyundai is aware of the issue and has a technical service bulletin. Hyundai only replaced the one fuel injector in November 2023. In July 2024, failure occurred in fuel injector #3 and they are now replacing all remaining fuel injectors. I have opened up a complaint with corporate Hyundai and I'm awaiting a response. This failure caused my engine to misfire and a loss in acceleration, making the car unsafe to drive.

**NHTSA ID Number:** 11606653
**Incident Date:** July 30, 2024
**Complaint Date:** August 5, 2024
**Consumer Location:** Unknown
**Vehicle Identification Number:** 5NMJFCAE6NH****
**Summary of Complaint**
Fuel injector failure in fuel injector #2. Hyundai is aware of the issue and has a technical service bulletin. Hyundai only replaced the one fuel injector in November 2023. In July 2024, failure occurred in fuel injector #3 and they are now replacing all remaining fuel injectors. I have opened up a complaint with corporate Hyundai and I'm awaiting a response. This failure caused my engine to misfire and a loss in acceleration, making the car unsafe to drive.

**NHTSA ID Number:** 11604901
**Incident Date:** July 26, 2024
**Complaint Date:** July 27, 2024
**Consumer Location:** COATESVILLE, PA
**Vehicle Identification Number:** 5NMJECAE8NH****
**Summary of Complaint**
On 5/27/24, my check engine light came on and the vehicle began to shimmy and shake each time I would press on the gas. I had the vehicle towed to the dealer for the #4 fuel injector assembly to be replaced. The same thing happened on 7/16/24 while traveling out of state. I was on a highway and had to keep my emergency flashers on as I tried to coax the car to the next exit. I couldn't go above 25–30 mph. I had the

vehicle towed to a dealer for the #2 fuel injector assembly to be replaced. Now I am again without a vehicle because on 7/26/24, the same thing happened and I was told it is the #1 fuel injector. I was told by 2 different dealers that this is a known Hyundai Tucson issue, but they are only allowed to replace what is coming up with an error code. They are not permitted to change all of the assemblies at one time, even though it would save them and Hyundai Corporate quite a bit of money in the long term. They've now paid to tow my car 3 times and paid workers 3 times to replace what could've and should've been done the first time. The dealer was going to try to get the #3 assembly replaced now but there is no guarantee. I'm afraid that I'll have to be back there in another week or two for the last one. This is a serious issue that is not being addressed.

**NHTSA ID Number:** 11602908
**Incident Date:** July 16, 2024
**Complaint Date:** July 17, 2024
**Consumer Location:** COATESVILLE, PA
**Vehicle Identification Number:** 5NMJECAE8NH****
**Summary of Complaint**
The first incident was on 5/27/24 when I was traveling about 45 mph. The check engine light came on and the car started to shimmy and shake when I pressed the gas. Error code came up on the screen for P0304 — injector #4 was bad. I had the vehicle towed to the closest dealer for warranty repair and was told this is a known issue but no recall has been placed. Then on 7/16/24, the same thing happened while traveling out of town. Hyundai app was down so I couldn't get an error code. Again, I had the vehicle towed to a dealer and this time the code was P0302 — #2 injector was bad. Obviously, there is a serious issue that needs to be addressed. I need to know if this is a permanent fix or if the other 2 will go out soon. I attached a photo of this report and can also get a copy of the one from May as needed.

**NHTSA ID Number:** 11600331
**Incident Date:** June 27, 2024
**Complaint Date:** July 9, 2024
**Consumer Location:** ALLEN, TX
**Vehicle Identification Number:** 5NMJF3AE2NH****
**Summary of Complaint**
I was merging on the highway when the car bucked and the check engine light came on. I couldn't drive over 20 mph without the car shaking. I pulled over and had the car towed. The issue was a faulty fuel injector. It was replaced under warranty. I am worried reading online about this problem happening again. My family has owned 4 Hyundais and I'm starting to lose faith in their reliability. This really needs to be recalled.

**NHTSA ID Number:** 11600264
**Incident Date:** July 6, 2024
**Complaint Date:** July 8, 2024
**Consumer Location:** DALLAS, TX
**Vehicle Identification Number:** 5NMJECAEXNH****
**Summary of Complaint**
Fuel injector went out in the middle of the highway and the vehicle had to be towed after it started shaking and couldn't drive above 25 miles per hour. This is a known issue by Hyundai in the 2022 Hyundai Tucson.

**NHTSA ID Number:** 11599775
**Incident Date:** June 28, 2024
**Complaint Date:** July 7, 2024

**Consumer Location:** Unknown
**Vehicle Identification Number:** 5NMJC3AE2NH****
**Summary of Complaint**
Fuel injector failure on 02/2024. Fuel injector failure on 06/2024. Both times the car lost power and started shaking. Hyundai service center will only replace one at a time. Car only has 28,000 miles.

**NHTSA ID Number:** 11599776
**Incident Date:** February 24, 2024
**Complaint Date:** July 7, 2024
**Consumer Location:** Unknown
**Vehicle Identification Number:** 5NMJC3AE2NH****
**Summary of Complaint**
Fuel injector failure on 02/2024. Fuel injector failure on 06/2024. Both times the car lost power and started shaking. Hyundai service center will only replace one at a time. Car only has 28,000 miles.

**NHTSA ID Number:** 11599879
**Incident Date:** May 25, 2024
**Complaint Date:** July 7, 2024
**Consumer Location:** COLUMBUS, OH
**Vehicle Identification Number:** KM8JF3AE5NU****
**Summary of Complaint**
A faulty fuel injector caused my Tucson to lose all acceleration while I was in the passing lane of a 4-lane highway going 75 mph. A check engine light came on and it just bricked itself. I had to glide through 3 lanes, almost causing a wreck. We were on a family vacation with our [XXX] daughter in the back seat and we had to wait over 2 hours in the blazing heat for a tow. The dealership said there is a known problem with the fuel injectors in these SUVs. I can't believe there isn't yet a recall for these fuel injectors. I'm concerned someone is going to get hurt because of this very fixable problem.            Thanks            for            the            help.
*INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)*

**NHTSA ID Number:** 11582183
**Incident Date:** March 28, 2024
**Complaint Date:** April 10, 2024
**Consumer Location:** SALEM, VA
**Vehicle Identification Number:** 5NMJBCAE7NH****
**Summary of Complaint**
On Sunday, March 10th, 2024, our 2022 Hyundai Tucson with a 2.5L engine started missing in one of the cylinders. It did not disable the vehicle and it ran like that for several blocks until we could pull over to safety. At this time there were no warning lights of any kind. It wasn't until I turned the car off, checked the oil (which was good), started the car again and did a lap around the parking lot that the check engine light came on. So there were no warnings. We dropped the car off at our local Hyundai service center that night so it could be checked first thing the next day. It turned out that it was a bad spark plug and injector. At that point it was no big deal. We chalked it up to a fluke. We received the car back on Thursday, March 14th with the explanation of what happened and that it was replaced under warranty. There were NO RECOMMENDATIONS made upon pickup. Exactly two weeks later on Thursday, March 28th, the car lost all power while traveling 60 mph in the middle lane of the interstate. Again, there were no warning or diagnostic lights coming on. It was pure luck that there was minimal traffic and other drivers were paying attention as the car came to a complete stop in the middle of the highway in order to be restarted

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

and it refused to accelerate above 20 mph in order to limp to the shoulder and get to safety. Over an hour later, after stopping and starting the car in a parking lot, the check engine light finally came on. The engine was running worse this time. The car had to be towed to the service center. After being checked out it was another spark plug and a fouled fuel injector. Researching online showed that this is a very common issue with Hyundai fuel injectors between 12,000 and 25,000 miles. There are currently no technical service bulletins or recalls warning owners of this common failure and potentially losing power while traveling at high speeds. Research showed there have been 3 collisions caused by this exact issue to date.

**NHTSA ID Number:** 11561146
**Incident Date:** August 9, 2023
**Complaint Date:** December 20, 2023
**Consumer Location:** NEW PORT RICHEY, FL
**Vehicle Identification Number:** 5NMJF3AE7NH****
**Summary of Complaint**
Spring and Summer 2023: Multiple safety sensor malfunctions during highway rides pose a risk. The official dealership reset the system, but issues have persisted over the last few months. August 9, 2023: Sudden and intense shaking, poor driving performance. The vehicle was serviced at the official dealership (LITHIA Hyundai of New Port Richey #396).
Replaced Parts:

- QQH Injector Assembly Fuel
- QQH Pipe-High Pressure
- Combustion Seal Ring
- K Bolt
- Gasket-Port
- Gasket-PCV FKM
- Washer-Injector Bracket x2
  September 25, 2023: Recurrence of shaking and jerking while driving on the highway. The vehicle was dropped off again at the same official dealership.
  Replaced Parts:
- Spark Plugs
- Combustion Seal Ring
- QQH Pipe-High Pressure
- QQH Injector Assembly Fuel
  December 19, 2023: The same issue appeared again. The vehicle was dropped off for repair at the same official dealership.
  Ongoing concerns and recurrent problems warrant further investigation and resolution.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

Dealership:

LITHIA Hyundai of New Port Richey #396

3936 US Hwy 19, New Port Richey, FL 34652

(727) 203-7300

**NHTSA ID Number:** 11560374
**Incident Date:** November 30, 2023
**Complaint Date:** December 15, 2023
**Consumer Location:** BILLINGS, MT
**Vehicle Identification Number:** KM8JECAE9PU****
**Summary of Complaint**
Engine would not accelerate after stopping at a store. Limped home at 15 mph. Engine light came on a few miles from home. Vehicle would not stay running the next morning and had to be towed to dealership. Problem was an injector where the seal had failed, causing the engine to flood with gasoline. Dealership stated they had seen multiple injector failures and that replacement parts now have a different part number, implying the injector has been redesigned. Hyundai refused to replace the other injectors as they had not yet failed (they did replace the one that failed). I went ahead and paid to replace the other three. I live in Montana. If I had lost acceleration going up a steep incline or in heavy traffic, or the engine failed to stay on in a remote area in sub-zero temperatures, it could have had detrimental consequences.

**NHTSA ID Number:** 11557014
**Incident Date:** November 27, 2023
**Complaint Date:** November 27, 2023
**Consumer Location:** YUCAIPA, CA
**Vehicle Identification Number:** 5NMJBCAE2NH****
**Summary of Complaint**
This car has 36,000 miles, purchased new and serviced on schedule. The car is at the dealer for the third time since purchase. The first was a fuel injector issue/drivetrain error. The second time was a bad spark plug. The most current issue is another fuel injector. People on the internet have reported similar problems. The dealership has directed us to come get the car, which is unacceptable because this is an engine error. I spoke to Hyundai Customer Care and they directed me to rent a car at my own cost and to not drive the car.

**NHTSA ID Number:** 11551050
**Incident Date:** October 17, 2023
**Complaint Date:** October 20, 2023
**Consumer Location:** KISSIMMEE, FL
**Vehicle Identification Number:** 5NMJE3AE8NH****
**Summary of Complaint**
On 10/17/23 I was driving about 55 MPH up a hill when the vehicle began to decelerate rapidly and would not accelerate. The vehicle was shaking and jerking and would not go over 34 MPH. I was fortunately in the right lane and was able to make a right turn into a long merge lane. I turned off the car and tried to start again, and it began shaking uncontrollably while making a strangled noise. I pressed on the gas and smoke began to exit the exhaust. I turned the vehicle off again. I waited about another 5 minutes to try to start the vehicle and was met with the same scenario as above. This time, all the lights on the dashboard turned on — car battery, engine, oil, etc. The brake pedal was also locked up, unable to depress to put the car in neutral. Had the car towed to the dealership and the service advisor indicated it was most likely the fuel injector. He started the vehicle and the same strangled sound and shaking started. The cabin quickly filled with the smell of gasoline. The service advisor stated that it

51

would take maybe a week or more before the vehicle could even be seen as all service centers in the area were understaffed and backed up. No rental/loaner car is allowed to be issued until the car is diagnosed by the technicians. Earlier in the day, the Bluelink app was not functional to remotely start the vehicle. Attempted to remote start the vehicle from two devices — no success. Called Bluelink and the rep had me delete and redownload the app, reset the system in the car by pressing the small reset button, and even tried to send a remote start request from her end and was unsuccessful. She stated a ticket for further assistance is needed. On 10/19/23, the Bluelink app notified me of an issue in the car: DTC P030200 POWERTRAIN. I have read other reports of this occurring in this vehicle. Huge safety issue, especially when on highways. Still waiting on Hyundai to service the car. I hope all fuel injectors are replaced instead of one.

**NHTSA ID Number:** 11549692
**Incident Date:** October 3, 2023
**Complaint Date:** October 12, 2023
**Consumer Location:** PALM BAY, FL
**Vehicle Identification Number:** 5NMJE3AE0NH****
**Summary of Complaint**
While driving the vehicle, the car lost power and shut down on the highway. The car would not start. Eventually, it started and sputtered white smoke and the smell of fuel. The car would only go 2 miles an hour. Took it to the dealership and they said it was the fuel injector pump. No recall has been issued even though several other Hyundai and Genesis models have recalls for the same issue.

**NHTSA ID Number:** 11548930
**Incident Date:** September 1, 2023
**Complaint Date:** October 8, 2023
**Consumer Location:** QUEEN CREEK, AZ
**Vehicle Identification Number:** 5NMJF3AE5NH****
**Summary of Complaint**
Driving on Hwy 24 about 6 weeks ago, the car started missing badly. The engine light came on and I had to pull off the highway, almost getting rear-ended. Waited for roadside assistance for over 2 hours in 110-degree heat. Called Hyundai Roadside Assistance, and they said it would be another 2 hours. We called the dealer, and they said to try driving it to them. They had the car for 2 weeks and finally figured out it had a bad fuel injector. The car had 22,000 miles. We got the car back but it still didn't run right. Three weeks later, the same thing happened. This time they had it for one week and said a different fuel injector was bad. It broke down with my grandkids in the car. There is a service bulletin for the problem. Very unhappy and the car is very unsafe to drive.

**NHTSA ID Number:** 11546812
**Incident Date:** September 27, 2023
**Complaint Date:** September 27, 2023
**Consumer Location:** MORENO VALLEY, CA
**Vehicle Identification Number:** 5NMJECAE8NH****
**Summary of Complaint**
While driving, the check engine light comes on and the car loses power and starts running very rough and almost stalls at times. This is the second time this has happened in 3 months. Last time, they replaced a fuel injector. I looked up the problem and it seems to be a common issue with the 2022 Hyundai Tucson.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

**NHTSA ID Number:** 11545291
**Incident Date:** September 2, 2023
**Complaint Date:** September 18, 2023
**Consumer Location:** SPRINGFIELD, MO
**Vehicle Identification Number:** 5NMJE3AE7NH****
**Summary of Complaint**
System failure: powertrain/transmission. Safety: driver is stranded without a vehicle four hours from home. Driver and passenger could have been rear-ended when vehicle stalled and slowed.
Confirmed and Inspected: Vehicle was towed at Hyundai's expense to a local dealership but cannot be examined for 9 days.
Warning:    Engine    light    came    on    and    vehicle    was    immediately    parked.
Symptoms: The 2022 Hyundai Tucson was purchased new on April 14, 2022, and has only 13,800 miles. Early in September 2023, when accelerating, the tachometer went too high and the vehicle stalled like it was in neutral. On September 15, 2023, at 60 MPH, the vehicle jerked like it was going over rough pavement and fishtailed in the rear end four times. On September 16, the same issue occurred. When slowing for traffic shortly after, the vehicle began jerking and shuddering around 30 MPH and would go no faster. The vehicle was barely able to go up a small incline and the engine light came on. The vehicle was parked immediately. On September 18, Hyundai Customer Care towed the vehicle to the nearest dealer, which could not examine the car until September 25. The dealer stated the vehicle had a misfiring cylinder caused by a No. 4 fuel injector. The injector was ordered, but the vehicle remains at the dealership.

**NHTSA ID Number:** 11533223
**Incident Date:** July 8, 2023
**Complaint Date:** July 19, 2023
**Consumer Location:** WILLOWBROOK, IL
**Vehicle Identification Number:** 5NMJC3AE1NH****
**Summary of Complaint**
Without any warning indicator, my 2022 Hyundai Tucson (with 11,850 miles) stalled on the road. I received an alert on my phone from Hyundai after the car shut down that there was a system failure. The car was towed to Pugi Hyundai dealership (where I purchased it in Jan. 2022) and after several days I was advised the following: Cause: P0303 Cylinder #3 misfire active. Hyundai Technical Service Bulletin 23-FL-002H-1 addressed the concern. Replaced: 1 GDI fuel injector including (1) injector assembly-fuel, (3) combustion seal rings, (1) pipe-high pressure, (4) K-bolts. The dealership and Hyundai Corp. state that until the vehicle breaks down, they aren't able to replace the KNOWN defective parts. Therefore, I am left driving a vehicle that can stall on the road without warning — a major safety risk. The dealership stated they could replace the remaining 3 fuel injectors for $799 pre-tax. I asked what batch of fuel injectors they are using, and the service manager stated "the new and improved." The old batch was discarded. How is this legal?

**NHTSA ID Number:** 11524357
**Incident Date:** May 1, 2023
**Complaint Date:** May 30, 2023
**Consumer Location:** VASS, NC
**Vehicle Identification Number:** 5NMJECAEXNH****
**Summary of Complaint**
The contact owns a 2022 Hyundai Tucson. While entering the highway and depressing the accelerator pedal to the floor, the vehicle failed to accelerate over 50 MPH. The check engine warning light was illuminated. The steering wheel and vehicle were shaking abnormally. The contact continued driving to her destination. The next day,

the vehicle was taken to the local dealer, where it was diagnosed that fuel injector #4 needed to be replaced. The vehicle was not repaired and continued to experience the failure. The following day, the vehicle was returned to the dealer and diagnosed as needing the remaining fuel injectors replaced. The vehicle was not repaired. The manufacturer had not been informed. Failure mileage was approximately 42,000.

**NHTSA ID Number:** 11504521
**Incident Date:** November 19, 2022
**Complaint Date:** January 30, 2023
**Consumer Location:** CHAMPAIGN, IL
**Vehicle Identification Number:** 5NMJFCAE7NH****
**Summary of Complaint**
The car completely stalled while driving. I was on the interstate and unable to go at appropriate speed, making it dangerous for other drivers. This is the second time this has happened. The first time, the dealership said it was a faulty fuel injector and replaced it. Two months later, the same problem occurred again. Because I wasn't in an accident, the car was only inspected by the dealer. I did not receive any warning lights or symptoms beforehand.

103.   Consumers have not just complained to NHTSA, as the internet is replete with other complaints from consumers, many of which detail their interactions with Defendants' authorized dealerships, and as such, Defendants have actual knowledge of these consumer complaints too.

104.   In June of 2022, one user reported that he experienced fuel injector issues on his model year 2022 Hyundai Santa Fe with only 500 miles on it.[14] The dealership acknowledged it as an issue with the fuel injectors, and reached out to Hyundai directly for the necessary parts. Another user responded and noted that there was already a part shortage on the fuel injectors, reflecting a high number of replacements and a widespread fuel injector issue.

105.   Also in 2022, a Kia Sportage owner reported that his vehicle stopped accelerating and started to decelerate and he smelled burning.[15] He took his vehicle to a Kia dealership, which told him the fuel injector needed to be replaced, but that the part

---

[14] https://www.tucson-forum.com/threads/%E2%80%9Ca-possible-condition-with-your-engine-control-system-has-been-detected-with-your-2022-tucson%E2%80%9D.143/page-3 (last visited August 1, 2025).

[15] https://www.reddit.com/r/kia/comments/10fn1ff/2023_sportage_lx_fwd_fuel_injector_problem/ (last visited August 1, 2025).

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

was on backorder. Other users in the same thread reported experiencing similar issues, bringing their vehicles to the nearest Kia dealership.

106.   Class Vehicle owners have reported similar issues on a variety of other forums as well and describe their interactions with Kia's authorized dealerships regarding the Defect.[16]

## **CLASS ACTION ALLEGATIONS**

107.   Plaintiff brings this action on behalf of herself, and on behalf of the following nationwide class pursuant to Fed. R. Civ. P. 23(a), 23(b)(2), and/or 23(b)(3). Specifically, the nationwide class consists of the following:

**Nationwide Class:**
All persons or entities in the United States who are current or former owners and/or lessees of a Class Vehicle (the "Nationwide Class").

108.   In the alternative to the Nationwide Class, and pursuant to Fed. R. Civ. P. 23(c)(5), Plaintiff seeks to represent the following state classes:

**New York Class:**
All persons or entities in New York who are current or former owners and/or lessees of a Class Vehicle (the "New York Class").

109.   Excluded from the Classes are Defendants, their affiliates, employees, officers and directors, persons or entities that purchased the Class Vehicles for resale, and the Judge(s) assigned to this case. Plaintiff reserves the right to modify, change or expand the Class definitions.

110.   Numerosity: Upon information and belief, the Classes are so numerous that joinder of all members is impracticable. While the exact number and identities of individual members of the Classes are unknown at this time, such information being in

---

[16] https://www.kia-forums.com/threads/2023-kia-sportage-fuel-injector-went-out-need-advice.369100 (last visited August 1, 2025);
https://www.reddit.com/r/KiaSorento/comments/1bymy3e/brand_new_kia_and_having_endless_issues/(last visited August 1, 2025);
https://www.reddit.com/r/kia/comments/1g7lv6l/kia_sportage_2023_fuel_injector_issues_in_canada//(last visited August 1, 2025).

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

the sole possession of Kia and obtainable by Plaintiff only through the discovery process, Plaintiff believe that tens of thousands of Class Vehicles have been sold and leased in California and New York, and hundreds of thousand nationwide.

111.  <u>Existence and Predominance of Common Questions of Fact and Law</u>: Common questions of law and fact exist as to all members of the Classes. These questions predominate over the questions affecting individual Class members. These common legal and factual questions include, but are not limited to:

a.  whether the Class Vehicles suffer from the Fuel Injector Defect;

b.  whether the defective fuel injectors are common to all of the Class Vehicles;

c.  whether Defendants had a duty to disclose the Fuel Injector Defect;

d.  whether Defendants knowingly failed to disclose the existence and cause of the Fuel Injector Defect in Class Vehicles;

e.  whether Defendants' conduct violates the California Consumers Legal Remedies Act;

f.  whether Defendants' conduct violates the California Unfair Competition Law;

g.  whether Defendants' conduct violates the New York General Business Laws, §§ 349-350;

h.  whether, as a result of Defendants' omissions and/or misrepresentations of material facts related to the Fuel Injector Defect, Plaintiff and members of the Class have suffered ascertainable loss of monies and/or property and/or value;

i.  whether, as a result of Defendants' omissions and/or misrepresentations of material facts related to the Fuel Injector Defect, Plaintiff and members of the Class have suffered an increased cost of maintenance related to the Class Vehicles; and

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

j.   whether Plaintiff and Class members are entitled to monetary damages and/or other remedies and, if so, the nature of any such relief.

112.  <u>Typicality</u>: Plaintiff's claims are typical of the claims of the Classes since Plaintiff purchased a Class Vehicle with the Fuel Injector Defect, as did each member of the Class. Furthermore, Plaintiff and all members of the Classes sustained monetary and economic injuries including, but not limited to, ascertainable loss arising out of Kia's wrongful conduct. Plaintiff is advancing the same claims and legal theories on behalf of herself and all absent Class members.

113.  <u>Adequacy</u>: Plaintiff is an adequate representative because her interests do not conflict with the interests of the Classes that she seeks to represent, she has retained counsel competent and highly experienced in complex class action litigation, and they intend to prosecute this action vigorously. The interests of the Classes will be fairly and adequately protected by Plaintiff and her counsel.

114.  <u>Superiority</u>: A class action is superior to all other available means of fair and efficient adjudication of the claims of Plaintiff and members of the Classes. The injury suffered by each individual Class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Kia's conduct. It would be virtually impossible for members of the Classes to individually and effectively redress the wrongs done to them. Even if the members of the Classes could afford such individual litigation, the court system could not. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation also increases the delay and expense to all parties, and to the court system, presented by the complex legal and factual issues of the case. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court. Upon information and belief, members of the Classes can be readily identified and notified based on, *inter alia*, Kia's vehicle identification numbers (VINs), warranty claims, registration records, and the database of complaints.

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

115. <u>Injunctive Relief</u>: Pursuant to Fed. R. Civ. P. 23(b)(2), Kia has acted or refused to act on grounds generally applicable to the Classes, thereby making appropriate final injunctive relief, corresponding declaratory relief, or final equitable relief with respect to the class as a whole.

## VIOLATIONS ALLEGED

## COUNT I

### BREACH OF EXPRESS WARRANTY

#### (On Behalf of the Nationwide and State Classes)

116. Plaintiff and the Classes incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

117. Defendants expressly warranted that the Class Vehicles were of high quality and, at a minimum, would actually work properly. Kia also expressly warranted that it would repair and/or replace defects in material and/or workmanship free of charge that occurred during the New Vehicle Limited Warranty and certified pre-owned ("CPO") warranty periods.

118. Defendants breached these warranties by selling to Plaintiff and Class members the Class Vehicles with the Fuel Injector Defect, which are not of high quality, and which fail prematurely and/or fail to function properly.

119. As a result of the Defendants' actions, Plaintiff and Class members have suffered economic damages including but not limited to costly repairs, loss of vehicle use, substantial loss in value and resale value of the vehicles, and other related damage.

120. Defendants' attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here. Specifically, Defendants' warranty limitations are unenforceable because it knowingly sold a defective product without informing consumers about the manufacturing and/or material defect. Furthermore, Defendants continue to charge Class members for replacement fuel injectors when in fact such replacements are actually necessitated because of Defendants' defective product.

121.   In addition, when Class Members present their Class Vehicles for fuel injector repairs, instead of replacing all of the defective fuel injectors at once, Defendants only authorize the replacement of one fuel injector at a time. The purpose of this is to push the owners of the Class Vehicles outside the terms of Defendants' warranty periods and to force them to pay for the fuel injector replacements, instead of Defendants covering them under warranty. This conduct also places Plaintiff and the Class Members in dangerous situations on multiple occasions as they are forced to drive the Class Vehicles until the fuel injectors completely fail again and again, which would be obviated if Defendants replaced all the fuel injectors under warranty with fuel injectors that do not suffer from the Defect.

122.   The time limits contained in Defendants' warranty periods were also unconscionable and inadequate to protect Plaintiff and members of the Class. Among other things, Plaintiff and Class members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Defendants. A gross disparity in bargaining power existed between Kia and Class members, and Kia knew or should have known that the Class Vehicles were defective at the time of sale and would fail well before their useful lives.

123.   Plaintiff provided written notice of Kia's breach of warranties, as well as the other claims asserted herein, on July 14, 2025

124.   Plaintiff and the Class members have complied with all obligations under the warranties, or otherwise have been excused from performance of said obligations as a result of Defendants' conduct described herein.

## <u>COUNT II</u>

### BREACH OF IMPLIED WARRANTY

### (On Behalf of the Nationwide and State Classes)

125.   Plaintiff and the Classes incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

/ / /

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

126.   A warranty that the Class Vehicles were in merchantable condition is implied by law.

127.   These Class Vehicles, when sold and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which cars are used. Specifically, the Class Vehicles are inherently defective in that there are defects in the Class Vehicles' fuel injectors, which are not of high quality, and which fail prematurely and/or fail to function properly.

128.   Kia was provided notice of these issues by numerous informal and formal complaints filed against them, including the instant Complaint, and by numerous individual letters and communications sent by Plaintiff and other Class members.

129.   As a direct and proximate result of Defendant's breach of the warranties of merchantability, Plaintiff and the other Class members have been damaged in an amount to be proven at trial.

### COUNT III

### COMMON LAW FRAUD

### (On Behalf of the Nationwide and State Classes)

130.   Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

131.   Defendants made material omissions concerning a presently existing or past fact. For example, Defendants did not fully and truthfully disclose to its customers the defective nature of the Class Vehicles' fuel injectors, which was not readily discoverable until after the Vehicles were purchased. As a result, Plaintiff and the other Class members were fraudulently induced to lease and/or purchase the Class Vehicles with the said Fuel Injector Defect and all of the resultant problems.

132.   These omissions were made by Kia with knowledge of their falsity, and with the intent that Plaintiff and Class members rely upon them.

133.   Plaintiff and Class members reasonably relied on these omissions, and suffered damages as a result.

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

## COUNT IV

## UNJUST ENRICHMENT

### (On Behalf of the Nationwide and the States Classes)

134.   Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein. This count is pled in the alternative to the contract-based claims.

135.   Plaintiff and the members of the Class conferred a benefit on Defendants.

136.   Defendants had knowledge that this benefit was conferred upon them.

137.   Defendants have been and continue to be unjustly enriched at the expense of Plaintiff, and their retention of this benefit under the circumstances would be inequitable.

## COUNT V

## VIOLATION OF THE NEW YORK GENERAL BUSINESS LAW, ("NYGBL")

### N.Y. Gen Bus. Law § 349

### (By Plaintiff on Behalf of the New York Class)

138.   Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as through fully set forth at length herein.

139.   The New York General Business Law makes unlawful "[d]eceptive acts or practices in the conduct of any business, trade or commerce." N.Y. Gen. Bus. Law § 349.

140.   Plaintiff and the New York Class members are "persons" within the meaning of N.Y. Gen. Bus. Law § 349(h).

141.   Defendants are each a "person," "firm," "corporation," or "association" within the meaning of N.Y. Gen. Bus. Law § 349.

142.   Defendants concealed the nature, scope, and severity of the Fuel Injector Defect and failed to inform purchasers of Class Vehicles that the Class Vehicles were designed, manufactured, and sold containing the Fuel Injector Defect, which poses a severe safety risk to them during regular vehicle operation.

**CLASS ACTION COMPLAINT**

143.    Defendants had a duty to disclose the Fuel Injector Defect to Plaintiff and the Class members.

144.    Defendants' deceptive acts and practices, which were intended to mislead consumers who purchased Class Vehicles, was conduct directed at consumers.

145.    Defendants consciously failed to disclose material facts to Plaintiff and other Class members with respect to the use associated with the Class Vehicles.

146.    Defendants' misrepresentations and omissions as set forth in this complaint are material in that they relate to matters that are important to consumers and/or are likely to affect the purchasing decisions or conduct of consumers, including Plaintiff.

147.    Defendants intended for Plaintiff and Class members to rely on Defendants' acts of concealment and omissions, so that Plaintiff and the Class members would purchase the Class Vehicles.

148.    The foregoing acts, omissions and practices proximately caused Plaintiff and the Class members to suffer actual injury.

149.    Had Plaintiff and the Class known the truth about the vehicle, they would not have purchased the vehicles, or would not have paid as much.

150.    Because Defendants' willful and knowing conduct caused injury to Plaintiff and the Class members, Plaintiff seeks recovery of actual damages or $50, whichever is greater; discretionary treble damages up to $1,000; punitive damages; reasonable attorneys' fees and costs; an order enjoining Defendant's deceptive conduct; and any other just and proper relief available under N.Y. Gen. Bus. Law § 349.

/ / /

/ / /

/ / /

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

### COUNT VI

### VIOLATION OF THE CALIFORNIA UNFAIR COMPETITION LAW

### ("UCL")

### Cal. Bus. & Prof. Code §§ 17200-17210

### (Behalf of the Nationwide Class)

151.   Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as through fully set forth at length herein.

152.   The UCL proscribes acts of unfair competition, including "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200. Kia's conduct violates each of these prohibitions.

### Unlawful Conduct

153.   Kia's conduct is unlawful, in violation of the UCL, because, as set forth herein, it violates the CLRA.

### Unfair Conduct

154.   Kia's conduct is unfair because it violated California public policy, legislatively declared in the Song–Beverly Consumer Warranty Act, which requires a manufacturer to ensure that goods it places on the market are fit for their ordinary and intended purposes.

155.   Kia acted in an immoral, unethical, oppressive, and unscrupulous manner, in at least the following respects:

   a. Selling Plaintiff and the Class members defective Class Vehicles;

   b. Failing to disclose the Fuel Injector Defect despite the opportunity to do so in numerous locations that people in the market for a vehicle would be likely to encounter;

   c. Directing and furnishing replacement parts it knew would not adequately remedy the defect, and repairing defective parts with more defective parts and otherwise failing to adequately remedy the Fuel Injector Defect during

the warranty period;

d. Refusing to repair or replace the Class Vehicles when the known Fuel Injector Defect manifested outside the warranty period;

e. Failing to exercise adequate quality control and due diligence over the Class Vehicles before placing them on the market; and

f. Failing to acknowledge the scope and severity of the Fuel Injector Defect, refusing to acknowledge the Class Vehicles are defective, and failing to provide adequate relief to Plaintiff and the Class members.

156. The gravity of the harm resulting from Kia's unfair conduct outweighs any potential utility of the conduct. The practice of selling defective Class Vehicles without providing an adequate remedy to cure the Fuel Injector Defect harms the public at large and is part of a common and uniform course of wrongful conduct.

157. There are reasonably available alternatives that would further Kia's business interests of increasing sales and preventing false warranty claims. For example, Kia could have: (a) acknowledged the Fuel Injector Defect and provided a permanent, effective fix for the Fuel Injector Defect; and/or (b) disclosed the Fuel Injector Defect prior to prospective consumers' purchases.

158. The harm from Kia's unfair conduct was not reasonably avoidable by consumers. The Class Vehicles all suffer from the Fuel Injector Defect, and Kia has failed to disclose it. Plaintiff and Nationwide Class members did not know of, and had no reasonable means of discovering, the Fuel Injector Defect.

**Fraudulent Conduct**

159. Kia's conduct is fraudulent in violation of the UCL. Kia's fraudulent acts include knowingly and intentionally concealing from Plaintiff and the Nationwide Class members the existence of the Fuel Injector Defect and falsely marketing and misrepresenting the Class Vehicles as being functional and not possessing a defect that would render the power tailgates inoperable.

/ / /

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

160.   Kia's misrepresentations and omissions alleged herein caused Plaintiff and the Nationwide Class members to purchase or lease their Class Vehicles or pay more than they would have had Kia disclosed the Fuel Injector Defect.

161.   At all relevant times, Kia had a duty to disclose the Defect because it had superior and exclusive knowledge of the Defect, which affects the central functionality of the vehicle and creates a safety risk for drivers and passengers, and because Kia made partial representations about the reliability, quality, and safety of the Class Vehicles but failed to fully disclose the Fuel Injector Defect.

162.   Accordingly, Plaintiff and the Class members have suffered injury in fact, including lost money or property, as a result of Kia's unlawful, unfair, and fraudulent acts. Absent these acts, Plaintiff and the Nationwide Class members would not have purchased or leased their Class Vehicles at the prices they paid or would not have purchased or leased them at all.

163.   Plaintiff seeks appropriate relief under the UCL, including such orders as may be necessary: (a) to enjoin Kia from continuing its unlawful, unfair, and fraudulent acts or practices, and (b) to restore Plaintiff and the Class members any money Kia acquired by its unfair competition, including restitution. Plaintiff also seeks reasonable attorneys' fees and expenses under applicable law.

## COUNT VII

**VIOLATION OF THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT ("CLRA")**

**Cal. Civ. Code §§ 1750-1785**

**(By Plaintiff on Behalf of the Nationwide Class)**

164.   Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as through fully set forth at length herein.

165.   Plaintiff and the members of the Nationwide Class are "consumers" as defined under the CLRA. See Cal. Civ. Code § 1761(d).

/ / /

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

166. Kia is a "person" as defined under the CLRA. See Cal. Civ. Code § 1761(c).

167. Class Vehicles are "goods" as defined under the CLRA. See Cal. Civ. Code § 1761(a).

168. The CLRA proscribes "unfair methods of competition and unfair or deceptive acts or practices undertaken by any person in a transaction intended to result or which results in the sale or lease of goods or services to any consumer." Cal. Civ. Code § 1770(a).

169. Kia engaged in unfair and deceptive acts in violation of the CLRA by the practices described above and by knowingly and intentionally concealing from Plaintiff and the Nationwide Class members that the Class Vehicles suffer from the Fuel Injector Defect (and the costs, risks, and diminished value of the Class Vehicles as a result of this Defect). Kia's conduct violated at least the following enumerated CLRA provisions:

  a. Kia represented that the Class Vehicles have characteristics, uses, or benefits that they do not have, which is in violation of section 1770(a)(5);

  b. Kia represented that the Class Vehicles are of a particular standard, quality, or grade when, in fact, they are not, which is in violation of section 1770(a)(7);

  c. Kia advertises its Class Vehicles with the intent not to sell them as advertised, which is in violation of section 1770(a)(9);

  d. Kia represents that its Class Vehicles have been supplied in accordance with a previous representation when they have not, which is in violation of section 1770(a)(16); and

  e. Kia inserts an unconscionable provision into its warranty in violation of section 1770(a)(19).

170. Kia's unfair or deceptive acts or practices occurred repeatedly in its trade or business and were capable of deceiving a substantial portion of the purchasing public.

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

171. Kia knew, should have known, or was reckless in not knowing that the Class Vehicles were defective, would fail prematurely, and were not suitable for their intended use.

172. Kia was under a duty to Plaintiff and the Nationwide Class members to disclose the defective nature of the Class Vehicles and the Fuel Injector Defect because:

    a. Kia knew of but actively concealed the Fuel Injector Defect from Plaintiff and the Class;

    b. Kia was in a superior and exclusive position to know the true facts about the Fuel Injector Defect, which affects the central functionality of the vehicle and poses safety concerns, and Plaintiff and the Nationwide Class members could not reasonably have been expected to discover that the Class Vehicles contained the Fuel Injector Defect until it manifested, which Kia knew; and

    c. Kia made partial representations regarding the reliability, safety, and quality but suppressed material facts regarding the Fuel Injector Defect.

173. The facts that Kia misrepresented to and concealed from Plaintiff and the other Class members are material because a reasonable consumer would have considered them to be important in deciding whether to purchase their Class Vehicles or pay a lesser price for them.

174. The Fuel Injector Defect poses a serious safety defect and affects the central functionality of a vehicle because it renders the vehicle inoperable.

175. In failing to disclose the material Fuel Injector Defect, Kia has knowingly and intentionally concealed material facts in breach of its duty to disclose.

176. Plaintiff and the Nationwide Class have suffered injury in fact and actual damages resulting from Kia's material misrepresentations and omissions, including by paying an inflated purchase price for their Class Vehicles and incurring additional out-of-pocket expenses to deal with the Fuel Injector Defect. Had Plaintiff and the Class known about the defective nature of the Class Vehicles and the Fuel Injector Defect,

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

they would not have purchased or leased their Class Vehicles or would have paid less in doing so.

177. As a direct and proximate result of Kia's unfair and deceptive conduct, Plaintiff and the Nationwide Class members have been harmed.

178. Pursuant to Cal. Civ. Code § 1782(a), Plaintiff sent a letter to Kia notifying it of its CLRA violations and providing them with an opportunity to correct their business practices. If Kia does not correct its business practices, Plaintiff will amend (or seek leave to amend) the complaint to add claims for monetary relief, including for actual, restitutionary, and punitive damages under the CLRA.

179. Pursuant to Cal. Civ. Code § 1780(a), Plaintiff, individually and on behalf of the Nationwide Class, seeks injunctive relief for Kia's violation of the CLRA.

180. Additionally, pursuant to Cal. Civ. Code §§ 1780 and 1781, Plaintiff, individually and on behalf of the Nationwide Class, seeks compensatory and punitive damages under the CLRA and to recover their attorneys' fees and costs.

181. Plaintiff's CLRA venue declaration is attached as an exhibit to this complaint in accordance with Cal. Civ. Code § 1780(d).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of herself and members of the Classes, respectfully requests that this Court:

A.    determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order certifying the Classes as defined above;

B.    appoint Plaintiff as the representative of the Class and her counsel as Class Counsel;

C.    award all actual, general, special, incidental, statutory, punitive, and consequential damages to which Plaintiff and Class members are entitled;

/ / /

1

  D.   award pre-judgment and post-judgment interest on such monetary

2

       relief;

3

  E.   grant appropriate injunctive and/or declaratory relief, including,

4

       without limitation, an order that requires Kia to repair, recall, and/or

5

       replace the Class Vehicles and to extend the applicable warranties

6

       to a reasonable period of time, or, at a minimum, to provide Plaintiff

7

       and Class members with appropriate curative notice regarding the

8

       existence and cause of the defect;

9

  F.   award reasonable attorney's fees and costs; and

10

  G.   grant such further relief that this Court deems appropriate.

11

12

Dated: August 1, 2025    NYE, STIRLING, HALE, MILLER & SWEET, LLP

13

        By: */s/ Alison M. Bernal*

14

        Alison M. Bernal, Esq. (SBN 264629)

15

        alison@nshmlaw.com
        33 West Mission Street, Suite 201

16

        Santa Barbara, CA 93101
        Telephone: (805) 963-2345

17

        Facsimile: (805) 284-9590

18

        Matthew D. Schelkopf (*pro hac vice* forthcoming)

19

        mds@sstriallawyers.com
        Joseph B. Kenney (*pro hac vice* forthcoming)

20

        jbk@sstriallawyers.com
        **SAUDER SCHELKOPF LLC**

21

        1109 Lancaster Avenue
        Berwyn, PA 19312

22

        Telephone: (610) 200-0581
        Facsimile: (610) 421-1326

23

        *Attorneys for Plaintiff and the putative classes*

24

25

26

27

28

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**CLASS ACTION COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial for all claims so triable.

Dated: August 1, 2025

NYE, STIRLING, HALE, MILLER & SWEET, LLP

By: */s/ Alison M. Bernal*

Alison M. Bernal, Esq. (SBN 264629)
alison@nshmlaw.com
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

Matthew D. Schelkopf (*pro hac vice* forthcoming)
mds@sstriallawyers.com
Joseph B. Kenney (*pro hac vice* forthcoming)
jbk@sstriallawyers.com
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326

*Attorneys for Plaintiff and the putative classes*

**CLASS ACTION COMPLAINT**